UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- x

TAL PROPERTIES OF POMONA, LLC,

Plaintiff(s),

-against-

VILLAGE OF POMONA, DORIS F. ULMAN, Individually and as Attorney for the Village of Pomona, BRETT YAGEL, Individually and as Mayor of the Village of Pomona, LEON HARRIS, Individually and as Deputy Mayor of the Village of Pomona, IAN BANKS, as Trustee of the Village of Pomona, ALMA SANDERS ROMAN, as Trustee of the Village of Pomona, NICHOLAS WILSON, as Trustee of the Village of Pomona, LOUIS ZUMMO, as Building Inspector of the Village of Pomona, and P. JOSEPH CORLESS,

Defendant(s).

--------------------------------------------------------------------- x

Civil Action No.:

**NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE** that the within Notice of Removal was filed with the Clerk of the United States District Court, Southern District of New York, on April 24, 2017.

Dated: White Plains, New York
April 21, 2017

Yours etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: [signature]
Janine A. Mastellone
John M. Flannery
John B. Martin
Attorneys for Defendants-Petitioners
1133 Westchester Avenue

White Plains, New York 10604
(914) 323-7000

To: JOSEPH A. MARIA, P.C.
Attorney for Plaintiff
301 Old Tarrytown Road
White Plains, NY 10603
(914) 684-0333
File No.: 08-0638