UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

TAL PROPERTIES OF POMONA, LLC,

                   Plaintiff(s),

-against-

VILLAGE OF POMONA, DORIS F. ULMAN, Individually and as Attorney for the Village of Pomona, BRETT YAGEL, Individually and as Mayor of the Village of Pomona, LEON HARRIS, Individually and as Deputy Mayor of the Village of Pomona, IAN BANKS, as Trustee of the Village of Pomona, ALMA SANDERS ROMAN, as Trustee of the Village of Pomona, NICHOLAS WILSON, as Trustee of the Village of Pomona, LOUIS ZUMMO, as Building Inspector of the Village of Pomona, and P. JOSEPH CORLESS,

                   Defendant(s).
-------------------------------------------------------------------- X

Civil Action No.:

**RULE 11 STATEMENT**

    **PLEASE TAKE NOTICE** that it is certified, to the best of my knowledge, information, and belief, that the within Notice of Removal is presented to the Court within the following parameters:

    (1) not for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

    (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

    (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

    (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Dated:  White Plains, New York
        April 21, 2017

                        Yours etc.,

                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                By: _____
                     Janine A. Mastellone
                     John M. Flannery
                     John B. Martin
                     Attorneys for Defendants-Petitioners
                     1133 Westchester Avenue
                     White Plains, New York 10604
                     (914) 323-7000

To:  JOSEPH A. MARIA, P.C.
     Attorney for Plaintiff
     301 Old Tarrytown Road
     White Plains, NY 10603
     (914) 684-0333
     File No.: 08-0638

- 7 -

6470070v.1