# EXHIBIT B

6483218v.1

FILED: ROCKLAND COUNTY CLERK 03/21/2017 09:57 AM
NYSCEF DOC. NO. 3

INDEX NO. 031215/2017
RECEIVED NYSCEF: 03/21/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

---

TAL PROPERTIES OF POMONA, LLC.

        Plaintiff,

-against-

VILLAGE OF POMONA, DORIS F. ULMAN, Individually and as Attorney for the Village of Pomona, BRETT YAGEL, Individually and as Mayor of the Village of Pomona, LEON HARRIS, Individually and as Deputy Mayor of the Village of Pomona, ALMA SANDERS ROMAN, as Trustee of the Village of Pomona, NICHOLAS WILSON, as Trustee of the Village of Pomona, LOUIS ZUMMO, as Building Inspector of the Village of Pomona, and P. JOSEPH CORLESS,

        Defendants.

Index Nos.: 031215/2017
031216/2017

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF WESTCHESTER  )

    I, Kenneth P. Borden, Jr., Esq., being duly sworn, deposes and says: I am not a party to the action. I am over 18 years of age, and reside at Smith Avenue, White Plains, New York 10605.

    On Monday March 20, 2017, at 10:40 a.m., I served and personally delivered a true and accurate copy of the annexed SUMMONS and verified COMPLAINT under Index No.: 031215/2017, and SUMMONS FOR DECLARATORY JUDGMENT AND MANDAMUS and COMPLAINT FOR DECLARATORY JUDGMENT AND MANDAMUS under Index No.:

FILED: ROCKLAND COUNTY CLERK 03/21/2017 09:57 AM
NYSCEF DOC. NO. 3

INDEX NO. 031215/2017
RECEIVED NYSCEF: 03/21/2017

031216/2017, on the VILLAGE OF POMONA; DORIS F. ULMAN, Individually, and as Attorney for the Village of Pomona; BRETT YAGEL, Individually and as Mayor of the Village of Pomona; LEON HARRIS, Individually and as Deputy Mayor of the Village of Pomona, IAN BANKS, as Trustee of the Village of Pomona, ALMA SANDERS ROMAN, as Trustee of the Village of Pomona, NICHOLAS WILSON, as Trustee of the Village of Pomona, LOUIS ZUMMO, as Building Inspector of the Village of Pomona, by serving a copy of same on Fran Arsa Artha, Clerk/Treasurer of the VILLAGE OF POMONA, and by leaving copies of same with her for all of the aforementioned individuals at their place of business at the Village of Pomona Town Hall, 100 Ladentown Road, Pomona, NY 10970, and thereafter mailing copies of the documents to the aforementioned individuals at the same address via first-class mail by depositing same in a receptacle maintained by the US Postal Service in plain envelopes bearing the legend "personal and confidential."

The individual served, Fran Arsa Artha, had the following characteristics: Sex: Female; Color of Skin: White; Color of Hair: Brown; Approximate age: 60 Approximate weight: 130; Approximate height: 5'6".

Sworn to before me this ___ day of March, 2017

FILED: ROCKLAND COUNTY CLERK 03/23/2017 11:53 AM
NYSCEF DOC. NO. 4

INDEX NO. 031216/2017
RECEIVED NYSCEF: 03/23/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

---

TAL PROPERTIES OF POMONA, LLC,

    Plaintiff,

-against-

VILLAGE OF POMONA, DORIS F. ULMAN, Individually and as Attorney for the Village of Pomona, BRETT YAGEL, Individually and as Mayor of the Village of Pomona, LEON HARRIS, Individually and as Deputy Mayor of the Village of Pomona, ALMA SANDERS ROMAN, as Trustee of the Village of Pomona, NICHOLAS WILSON, as Trustee of the Village of Pomona, LOUIS ZUMMO, as Building Inspector of the Village of Pomona, and P. JOSEPH CORLESS,

    Defendants.

Index Nos : 031215/2017
              031216/2017

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK    )
                             )
COUNTY OF WESTCHESTER    ) ss.:

    I, Kenneth P. Borden, Jr., Esq., being duly sworn, deposes and says: I am not a party to the action, I am over 18 years of age, and reside at Smith Avenue, White Plains, New York 10605.

    On Monday March 20, 2017, at 11:15 a.m., I traveled to the address provided for the above defendant P. Joseph Corless, 48 Michael Roberts Court, Pearl River, NY 10956. The address is a multi-floor attached town-house with a separate private entrance. I rang the doorbell and knocked several times with no answer. On Tuesday, March 21, 2017, at 6:52 p.m., I again

[FILED: ROCKLAND COUNTY CLERK 03/23/2017 11:53 AM]
NYSCEF DOC. NO. 4

INDEX NO. 031216/2017
RECEIVED NYSCEF: 03/23/2017

attempted service at the aforementioned address. I received no answer to the doorbell and multiple door knocks. Through the door I observed a light on in the hallway and there were two cars parked in the garage. On Wednesday, March 22, 2017, I again attempted service at the aforementioned address. I received no response to the doorbell or door knocks, at which time I affixed true and accurate copies of the annexed SUMMONS and verified COMPLAINT under Index No. 031215/2017, and SUMMONS FOR DECLARATORY JUDGMENT AND MANDAMUS and COMPLAINT FOR DECLARATORY JUDGMENT AND MANDAMUS under Index No.: 031216/2017, to the door of the residence addressed to the defendant in a plain envelope bearing the legend "Personal and Confidential." Thereafter, I mailed additional copies of the aforementioned documents to the defendant at the same address via first-class mail by depositing same in a receptacle maintained by the US Postal Service in a plain envelope bearing the legend "Personal and Confidential."

Sworn to before me this ___ day of March, 2017