# EXHIBIT C

6483218v.1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
------------------------------------------------------------X  Index No:
TAL PROPERTIES OF POMONA, LLC,

                              Plaintiff,

- against -                                    STIPULATION

VILLAGE OF POMONA, DORIS F. ULMAN,
Individually and as Attorney for the Village of Pomona,
BRETT YAGEL, Individually and as Mayor of the Village
of Pomona, LEON HARRIS, Individually and as Deputy
Mayor of the Village of Pomona, IAN BANKS, as Trustee
of the Village of Pomona, ALMA SANDERS ROMAN, as
Trustee of the Village of Pomona, NICHOLAS WILSON,
as Trustee of the Village of Pomona, LOUIS ZUMMO, as
Building Inspector of the Village of Pomona, and
P. JOSEPH CORLESS,

                              Defendants.
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto that the return date of the defendants time to appear, answer or move, is hereby adjourned on consent to April 26, 2017.

IT IS FURTHER STIPULATED AND AGREED that the fax signatures appearing below will be deemed to be originals and that the within stipulation may be filed without further notice with the Clerk of the Court.

Dated: White Plains, New York
       April 11, 2017
By: _____
Joseph A. Maria, Esq.
Attorney for Plaintiff,
TAL Properties of Pomona, LLC,
301 Old Tarrytown Road
White Plains, NY 10603

Dated: White Plains, New York
       April 11, 2017
By: _____
Janine A. Mastellone, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attorneys for Village of Pomona, et al.
1133 Westchester Avenue
White Plains, NY 10604

6470138v.1

2017/04/11 14:53:05    4  /4

(914) 684-0333  (914) 872-7230
File No.: 08-0638

6470138v.1