BY FEDEX



May 22, 2017

To: The Honorable Cathy Seibel
    300 Quarropas St.
    White Plains, NY 10601

Hello Your Honor,

I was notified this past Friday, May 19, 2017 that my lawsuit against the Village of Pomona (Index # 7:17-cv-02928-CS) needs immediate attention. My attorney Joseph A. Mariah just notified me that he no longer wants to represent me.

Please allow me some additional time while I research and obtain new counsel.

Thank you for your patience.

Avrohom Manes
Owner
Tal Properties of Pomona
917-589-3737
39 Main St.
Monsey, NY 10952

> The pre-motion conference previously scheduled June 6, 2017 at 4:00 pm is adjourned until July 11, 2017 at 4:00 pm, giving Plaintiff time to find new counsel. Because Plaintiff is a company, it cannot appear *pro se* and must be represented by a lawyer. Plaintiff's pre-motion letter in which it is to state its position is now due by July 5, 2017. Joseph Maria is to ensure his client understands what needs to be done. Defense counsel is directed to convey this order to Plaintiff and Joseph Maria.
>
> So Ordered.
>
> Cathy Seibel, U.S.D.J.
>
> Dated: 5/24/2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/2017