WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP
Attorneys for Defendants
*Village of Pomona, Brett Yagel and Doris Ulman*
1133 Westchester Avenue
White Plains, NY 10604
(914) 323-7000
Attn: Janine A. Mastellone, Esq.
      John B. Martin, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

TAL PROPERTIES OF POMONA, LLC,

                Plaintiffs,

    -against-

VILLAGE OF POMONA, BRETT YAGEL, MAYOR OF THE VILLAGE OF POMONA,

                Defendants.

-------------------------------------------------------------------------- x

Docket No. 7:17-cv-02928-CS

NOTICE OF MOTION TO DISMISS SECOND-AMENDED COMPLAINT

TO:

SUSSMAN & ASSOCIATES
Attorneys for Plaintiff
P.O. Box 1005
Suite 3
Goshen, NY 10924
(T): (845) 294-3991
Attn: Michael H. Sussman, Esq.

       PLEASE TAKE NOTICE that upon annexed declaration of Janine A. Mastellone, Esq., dated October 16, 2017 (and the exhibits annexed thereto); the accompanying memorandum of law, dated October 16, 2017; and all the prior proceedings herein, defendants Village of Pomona, Brett Yagel, Mayor of the Village of Pomona, and Doris Ulman, Village Attorney of the Village of Pomona (collectively, "defendants"), by their undersigned attorneys, will move this Court on

-1-

October 16, 2017, or on such other date as may be stipulated or ordered, before the Hon. Cathy Seibel, for an Order, pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure, dismissing plaintiffs' second amended complaint with prejudice, and for such other, different and further relief as the Court in its discretion may deem just and proper.

Dated: White Plains, New York
October 16, 2017

        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
        Attorneys for Defendants

        Janine A. Mastellone, Esq.
        John B. Martin, Esq.
        1133 Westchester Avenue
        White Plains, New York 10604
        (914) 323-7000
        Our File No. 00295.12564

6728389v.1