Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
TAL PROPERTIES OF POMONA, LLC,

                                                       Civil Action No.:

                Plaintiff(s),

-against-                                      **NOTICE OF REMOVAL**

VILLAGE OF POMONA, DORIS F. ULMAN, Individually
and as Attorney for the Village of Pomona, BRETT
YAGEL, Individually and as Mayor of the Village of
Pomona, LEON HARRIS, Individually and as Deputy
Mayor of the Village of Pomona, IAN BANKS, as Trustee
of the Village of Pomona, ALMA SANDERS ROMAN, as
Trustee of the Village of Pomona, NICHOLAS WILSON,
as Trustee of the Village of Pomona, LOUIS ZUMMO, as
Building Inspector of the Village of Pomona, and P.
JOSEPH CORLESS,

                Defendant(s).
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that the within Notice of Removal was filed with the Clerk of

the United States District Court, Southern District of New York, on April 24, 2017.

Dated:        White Plains, New York
                April 21, 2017

                                                      Yours etc.,

                                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                By:    _/s/ John B. Martin_____
                                        Janine A. Mastellone
                                        John M. Flannery
                                        John B. Martin
                                        Attorneys for Defendants-Petitioners
                                        1133 Westchester Avenue

1

White Plains, New York 10604
(914) 323-7000

To:   JOSEPH A. MARIA, P.C.
Attorney for Plaintiff
301 Old Tarrytown Road
White Plains, NY 10603
(914) 684-0333
File No.: 08-0638