UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TAL PROPERTIES OF POMONA, LLC,

                              Plaintiff,

                 - against -

VILLAGE OF POMONA, BRETT YAGEL, MAYOR OF THE
VILLAGE OF POMONA,

                              Defendants.

------------------------------------------------------------x

**ORDER**

No. 17-CV-2928 (CS)

Seibel, J.

For the reasons stated on the record at today's conference, Defendants Village of Pomona, Brett Yagel, and Doris Ulman's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) is GRANTED. The Clerk of Court is respectfully directed to terminate the pending motion, (Doc. 17), and close the case.

**SO ORDERED.**

Dated: January 10, 2018
       White Plains, New York

                                                  *Cathy Seibel*
                                              CATHY SEIBEL, U.S.D.J.