UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TAL PROPERTIES OF POMONA, LLC,
          Plaintiff,

-against-

VILLAGE OF POMONA, BRETT YAGEL,
MAYOR OF THE VILLAGE OF POMONA,
          Defendants.
-----------------------------------------------------------X

17 CIVIL 2928 (CS)

## JUDGMENT

Defendants Village of Pomona, Bret Yagel, and Doris Ulman's having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and the matter having come before the Honorable Cathy Seibel, United States District Judge, and the Court, on January 10, 2018, having rendered its Order that for the reasons stated on the record at today's conference, granting Defendants Village of Pomona, Brett Yagel, and Doris Ulman's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and directing the Clerk of Court to close the casse, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated on the record at the January 10, 2018 conference, and in the Court's Order, Defendants' Village of Pomona, Brett Yagel, and Doris Ulman's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) is granted and the case is closed.

**Dated:** New York, New York
       January 12, 2018

                                    RUBY J. KRAJICK
                                    Clerk of Court

                    BY:
                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/12/2018