# Exhibit 3

NEW YORK STATE
DIVISION OF HUMAN RIGHTS
-------------------------------- -**x**
NEW YORK STATE DIVISION OF
HUMAN RlGHTS on the Complaint of

NOREEN SHEA,

VERIFIED SUPPLEMENTAL
ANSWER

[R1(C          [Q)

<span style="color:red">DEC</span> **11** 2017

C o unty of Rockland
Commission on Human Rights

Complainant,                          Case No.10190879

     v.

VILLAGE OF POMONA,

     Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

     The VILLAGE OF POMONA, by its attorney, Doris F. Ulman, as its Verified Supplemental Answer to the Complain there in, responds to the allegations in the same numbered paragraphs as in the Complaint, asfollows:

     I. The Village of Pomona has not subjected Complainant to unlawful discriminatory actions. The Village has not asked Complainant what her religion is and does not ask any employee or resident what their religion is. The Village's interactions with Complainant had nothing to do with religion.

**Response**

In response to The Village of Pomona statements and affidavits, please find herein detailed events and supporting materiality that clearly demonstrate the ongoing hidden agendas and lies by The Village of Pomona employees that has become mainstream in its abuse in serving its community and specifically prohibiting myself to work in a professional, lawful, ethical and nondiscriminatory work environment.

The Village of Pomona does not have to ask about religion, when a man walks in with a yarmulke on, usually dressed in black and white attire with tassels, or a woman wearing a wig, etc it is self explanatory reflecting their faith.  In most cases, village residence, real estate and other professionals and their children would often be talked about when they left the office as to whether they were Orthodox or Hasidic.  The Jewish religion was spoken about almost every day in Village Hall, whether in a good, bad, and most often in a comedic way. For me, The Village of Pomonastaff all knew my faith.  The diamond cross I

wear everyday on my neck shows my faith clearly.

One day I received a phone call from a woman who received a ticket from the village for garbage cans being left out and she yelled at me saying, "you like picking on Jews, and you hate Jews". I was very disturbed by her comments, but I knew what she was going through. There have been numerous phone calls of this nature, and complaints. It appeared to me all the complaints, lawsuits, inspections, planning and zoning board's issues were focused about Jewish residents. As the village taxes have more than doubled because of legal fees fighting these issues as well as public news describing unlawful discriminatory actions, these personal vendettas clearly set the stage to an everyday hostile environment prohibiting me to serve all residence in an equal and professionally manner.

**Reference** <u>News 12:</u>

http://www.news12.com/story/37028229/judge-tosses-some-discriminatory-pomona-ordinances

POMONA –
Posted: Dec 08, 2017 5:37 PM EST

Some ordinances created by a Rockland County village have been thrown out after a federal judge deemed them discriminatory and that they limited the rights of the Rabbinical College of Tartikov to build a school.

For 10 years, the Rabbinical College wanted to build its religious school to train rabbinical judges for the Orthodox and Hassidic Jewish Communities. They continually hit roadblocks in the form of new zoning laws.

Joseph Churgin, an attorney for Rabbinical College, called it an "an attempt to keep a religious group from purchasing and developing a property and moving into an area."

"They passed a law that said you have to have an accreditation to have a school in their village.

This type of school, there is no accreditation you can get," said Churgin.

A district court judge ruled that the village of Pomona violated the Fair Housing Act and the Religious

Land Use and Institutionalized Persons Act. The village says it's reviewing the decision and has no comment.

Religious leaders say they are thrilled they can finally move forward with their plans to build. They will still need to be approved by the village.

School officials also plan to file an order of judgment against the village for reimbursement of their $4 million in legal fees.

Case & Outcome: https://www.documentcloud.org/documents/4324432-Tartikov-Decision-Dec-7-2017-Show-Temp.html

The following are only a few words documented within this case that demonstrate the animus toward Tartikov and Orthodox/Hasidic Jews.

In addition to these comments, Plaintiffs have identified a number of other statements by

Village officials indicative of Defendants' prejudice against Tartikov and Orthodox/Hasidic

Jews, *see Yeshiva Chofetz Chaim Radin, Inc. v. Village of New Hempstead*, 98 F. Supp. 2d 347,

355 (S.D.N.Y. 2000) (holding that "discriminatory comments by the [m]ayor . . . present grounds

for allowing a jury to judge the credibility, and motivation, of the [m]ayor . . . as well as the

motivation that can be attributed to the [v]illage itself in passing the disputed provisions"),

including:

34

- In February 2007, Yagel and Louie authored a letter to *The Journal News* stating that "a virtual mini-city within the village . . . that will house thousands of homogenous individuals" was not a "natural" progression for the Village. (Pls.' Ex. 17 (internal quotation marks omitted).)  Yagel was also quoted in the *New York Times* stating that it was "disgusting" that Tartikov was "trying to create [a] mini city in our village." (Pls.' Ex. 169, at 1 (internal quotation marks omitted).)[19]

- Sanderson has publicly stated that the Village should "maintain[] its cultural and religious diversity."  (Pls.' Ex. 146 ¶ 106 (internal quotation marks omitted).)  However, Sanderson is unaware whether any Hasidic Jews live in the Village.  (*See* Trial Tr. 559.)

- Leslie Sanderson, who served as Village Clerk, testified that she was worried Tartikov would "usurp" the Village and Board of Trustees.  (Trial Tr. 543.)

- Louie made a Facebook post which indicated discriminatory animus towards the Orthodox/Hasidic Jewish population.  (*See* Pls.' Ex. 72.)  *See Tartikov II*, 138 F. Supp. 3d at 392–93.

Significantly, these statements were made despite Defendants' efforts to refrain from publicly

making disparaging or discriminatory comments.  (*See* Pls.' Ex. 13, at 1 (email from Yagel to

Louie and Sanderson noting that they "[m]ust be very careful about what we say" because they

"[d]on't know who is in the audience"); Pls.' Ex. 146 ¶¶ 110–11 (admitting that Louie and Yagel

told "everyone" at a Pomona Civic Association meeting that they "must be careful about their

statements").)

Members of the community also expressed animus against Orthodox/Hasidic Jews.  Mel

Cook, a Village resident who served on the Village's Planning Board from 1998-2003, (Melvin

Cook Dep. ("Cook Dep.") 17), wrote to *The Journal News* and corresponded with Village

officials about his views on Tartikov and Orthodox/Hasidic Jews, (*see* Pls.' FOF ¶ 306; Pls.'

---

[19] Defendants take solace in the fact that these statements were admitted as exhibits, but not for the truth of the matters asserted.  However, these statements were offered, and admitted, not for their truth, but because they reveal Yagel's and Louie's animus toward Tartikov and Orthodox/Hasidic Jews.

5

**Refer Too**

**EXHIBIT E:** What's Next for Pomona after Judge Finds Discrimination against Religious Group

— by ret admin on December 21, 2017

**EXHIBIT O:** Yosef Lowenbein, December 26, 2017

**EXHIBIT F:** MEMO to File. To Village of Pomona Board of Trustees

— by Noreen Shea on February 7th, 2017

2. Complainant's title was Deputy Village Clerk. Her job was as Secretary to the Building Inspector, Planning Board and Zoning Board of Appeals and to help her supervisor, the Village Clerk/Treasurer, when necessary.

**Response**

My Title was: Deputy Village Clerk. I started on February 1, and was appointed by the Mayor. The Mayor asked the Clerk (Fran)to swear me in and that term ended in April, as I was finishing up the previous deputy clerk Carol LaChiana's term. I was also approved at the board of trustee meeting in April to be re-appointed by the Mayor, and be sworn in by Fran. I remember the next morning after the trustee meeting the building inspector, Louis Zummo, informing me with a smile that Fran was so upset the Mayor re-appointed me. I asked him why? What did I ever do to her? He explained to me that I was intimidating to her. He said, "You tower over her. He added that she dresses like she is going to a funeral every day, never smiles, and that is how she received the title 'Miss doom and gloom'. He also informed me she was afraid I would take her job. This sounded ridiculous to me, as I had no such intention and was new on the job.

After my termination, I received a registered letter from The Village of Pomona attorney, Doris F. Ulman, who then referred to me for the first time as a "Hold over Deputy Clerk". I did

6

respond to Doris with a registered letter that I had no reference to such title. Prior to this communication, I received a letter dated August 14, 2017, from Fran Arsa Artha, who stated that I submitted a resignation letter and was not fired. This is unequivocally incorrect.

**Refer To Exhibit P** for letter identified above.


**EXHIBIT N**: Certified Letter – Doris F. Ulman, August 28th, 2017

Complainant did not perform her job in a satisfactory manner. She was insubordinate,

**Unprofessional, was unwilling to learn how to do her job and made many errors.**

**Response**

Three months before I was terminated, I was given a raise. This raise was documented and agreed to within a trustee meeting.The Mayor had submitted himself for a 35% pay increase, but did not receive it. Nick Wilson, a trustee and others can provide additional details to the Mayor's anger in not being granted a raise. More specifically, I had no ability to request a raise, it was approved based on my work ethic, feedback from others within the community and board trustees.

From a Human Resources, Employment Relations and Compliance perspective, I was never given any form ofperformance review, there is no documentation that any review was ever made, it never occurred. I was never written up, never spoken to on the subject, never late, never took lunch breaks and normally ate lunch at my desk. I was never given any policy handbook that describes Human Resource and/or Administration/Office Employee polices similar to those described by the Fair Labor Standards Act. I do not believe The Village of Pomona has any such policies that they annual review or conduct an annual affirmation process or provide a common location for employees to view such policies.

The comment "complainant did not perform her job in a satisfactory manner" is a joke, particularly coming from the village attorney Doris Ulman. I went to Doris Ulman on several occasions complaining about Fran the Clerk not willing to train me on tasks that were obvious to me. I even asked Doris if I should take her outside of work, hoping to solve whatever issues she had with me. The village attorney is the one who suggested I write a memo to the board (Exhibit F) dated February 7, 2017. I took into account that Fran was extremely overwhelmed working both as clerk and treasurer, and working nights at H&R Block, plus helping her husband on the weekends at the Pomona Cultural Center.To say the Mayor is high maintenance would be an understatement. The hundreds of text messages that go back and forth between he and the Clerk/Treasurer were overwhelming. It is all done I was told on their personal phones, not village phones.The Mayor is updated on EVERY person that comes in,and EVERYTHING that happens in the Village. He takes pride in stating, "I KNOW EVERYTHING! I HEAR EVERYTHING!…AND I SEE EVERYTHING! DO YOU KNOW WHY? …….BECAUSE I AM THE MAYOR!!!!!!!!!!!!!"(The building inspector does a great interpretation of this.)

One day, Mr. Hirshkowitz, a builder came in to set up an inspection, as he does quite often, and I checked the building inspector's calendar to set it up the inspection in a timely manner, I noticed Fran (the clerk)was doing a lot of texting. Lou informed me she was telling the Mayor everything that was going on. The problem was the Mayor and Mr. Hirshkowitz was at odds because of some previous issues. Mr. Hirshkowitz, an Orthodox builder, is the owner of Briarwoods Farms General Contractors in Monsey New York, and is currently building now. That means that all who work at the Village Of Pomona must play the silly games, like making particular people wait as long as possible for an inspection and delay Certificates of Occupancy in a similar manner. My normal nature leads me to think that I should handle all the residents

of the community courteously and in an expeditious manner. If I had an issue with Mr. Hirshkowitz, I addressed it. On one incident there was an inspection set up, and the building inspector went out, and was upset that the job was not completed. I called Mr. Hirshkowitz and told him he has to pay for a re-inspection, not to waste my time or the building inspector's time, and not to let this happen again. He replied he had to plan inspections far in advance because he was always put through a waiting period, causing him to cancel numerous contractors when he couldn't get an inspection. Due to current building projects in Pomona, Mr. Hirshkowitz decided to not contribute to my case with an affidavit, although he has expressed great interest to help.

I remember one day Fran was on the phone with Fed Ex for hours, and she was totally frustrated and angry. I asked her if I could help. It was another case when she had to do a project for the Mayor. When she was disconnected from Fed Ex she was livid, and I asked her again, what are you looking for, what can I do to help? She said she was looking for Fed Ex receipts or bills from a clerk that worked there years ago. I later found out why she was on with Fed Ex for hours. The Mayor was trying to discredit a previous Clerk, Lisa Thorson, saying that she was using village funds to mail personal things, and pressing criminal charges. It was a witch hunt which was thrown out of court recently. This is just one example of the personal vendetta activities I witnessed while working there. The Village wastes loads of funds and hours on frivolous items the Mayor pursues. Often it leads to litigation costs that are a tremendous burden on the Pomona tax payers. I have never worked in such a mismanaged, and inefficient environment before.

I offered to go through the old antiquated archives that went back to 1967. Fran and I both took classes on archiving documents. It is so amazing that we have check stubs, and bank statements going back to the beginning of the village 1967. Even the building inspector said

this place is a fire hazard. I remember him saying to Nick Wilson one day that they had to make a path to the fuse panel, it was blocked by boxes. Fran informed me I was not authorized to clean up the mess. On another occasion, I remember asking Fran if I could get rid of some old rusty paint cans that actually crumbled when I tried to pick them up. This time she approved it, and helped me load then in my car to dispose of for the Village. When I was hired I was told there were many problems in the office. The mayor asked me to come infor a few hours and train with the woman I would be replacing (Carol Lachiana). Carol certainly was a real character, animated, joke telling, song singing, and explaining all the drama associated with the office. She told me she was being forced to retire, and gave me a briefing about losing her home and her husband being very sick. I was uncomfortable when she told me this, so I never called her in order to get additional training. I thought I could rely on the Clerk (Fran) if I had any questions. You could not see any part of Carol's desk, and underneath was cluttered with boxes of papers. I realized I was walking into a mess. Although Carol was a kind spirited person, she warned me to be aware of "Miss doom and gloom" (Fran), this was Carol's name for Fran. Carol said anything that went wrong they blamed her, and she predicted that they will never talk kindly about her. I asked her to please show me what my responsibilities were, but when I asked where to put a file, she laughed and told me to, "stick it up your a-s". So I laugh at the comment in section 2 where Doris Ulman (Village attorney) states "I was unwilling to learn how to do my job". I have tried on numerous occasions, for example, asking the Clerk if I can update the building system software, but the answer is always the same, "YOU ARE NOT AUTHORIZED". I have volunteered to help update the antiquated tax software, and was told the same line, "YOU ARE NOT AUTHORIZED". There are only three people that work in the office, only two are authorized to do many of the important tasks, yet it is not done effectively or expeditiously or not at all. If I pulled up an address in the tax system, often the 10

person listed moved away from Pomona years ago, even though the new owners have been living there for years.  This created an issue during tax season. Tax bills go out to residents on June first, and must be paid by July first.  The last two years tax bills went out late, and some residents called looking for their bill which often went to the previous owner. When the tax bill wasn't paid on time a fine was levied. The Clerk/Treasurer Fran is in charge of taxes. She yelled at me MANY times, because whenever I would ask her "What can I do to help you?" She would reply "you can stop asking me that question".  And they have the audacity to state "complainant did not perform her job in a satisfactory manner. She was insubordinate, unprofessional, was unwilling to learn how to do her job and made errors." In another case, the Village spent thousands of dollars on new building software, and I tried desperately to get it up and running.  When I asked the building inspector about getting building department paperwork together to enter into the software to upload, I remember his comment.  "Who put you in charge"?  You can call BAS Software and speak to them to see what progress has been made to date. Let me ask, "Who is the incompetent in these situations?"

**Supporting Documents and Affidavits to this Rebuttal.**

**EXHIBIT G**: Aharon Manes – December 21st, 2017

**EXHIBIT H**: Ian Banks – December 18th, 2017

**EXHIBIT I**: George Pecovic – December 19th, 2017

**EXHIBIT J**: Naomi Streicher – December 21st, 2017

**EXHIBIT K**: Solomon A. Fuerst – December 22nd, 2017

**EXHIBIT L**: The following is a list of residential affidavits and testimonies:

- Ian Nagel
- David Ortner
- Lloyd Ecker
- Chaim Neiman
- Ruben Rubel
- Shaya Eisen
- Moshe Danzinger
- Isaac Rosen
- Shneur Pinson
- Shalom and Pearl Gluck
- Yoseph Feldman
- Efraim Fuzailov
- Chana Rubel
- Trudy Marmulszteyn
- Avrohom Marmulszteyn
- Robert Klein
- Yossi Wolfson
- Rod Merkley
- Yonina Berman
- Barry and Ora Schreiber
- Eli Mermelstein
- Etan Moshe Berman

**EXHIBIT M:**  Letter to Governor Cuomo
**EXHIBIT N:**  Doris Ulman**,** Village attorney letter confirming final payment
**EXHIBIT O:**  Yosef Lowenbein, December 26, 2017
**EXHIBIT P:**  Frances Arsa Artha, August 14, 2017

A few examples are as follows:

A. In February 2017, in the Village office, in front of Village residents, she screamed at the Mayor, using foul language because he told her to put her phone conversation on hold.

**Response**

**False/Untrue.** On February 3, 2017, a resident called for the third time on his basement backing up with water. I have dealt with him previously, and knew the town was working on the sewer system. I knew the resident, (AN ATTORNEY) Mr. Robert Sunshine. As he was explaining in detail the situation his basement was in, and that he had two professional plumbers on separate days, come in and told him he had no problems with the plumbing in his home, the mayor was whispering what I thought was hang up the phone, but he said he was whispering "put it on hold". I gestured one minute holding my finger up as he was speaking, **when I saw the mayor turn beet red, waving his arms and fist repeating the body language to hang up, I finally interrupted Mr**. **Sunshine and put the him on hold, and yelled "what is your problem?".** He yelled back at me **"He is an Attorney!!!!!".** I yelled back…" I know, I am the one who told you so. The over exaggerated statement in 2A that I screamed, used foul language, and did this in front of residents is wrong. I did not use foul language, nor were there residents present. The building inspector told me a long time ago that the clerk keeps a file of anything I do wrong, such as producing a foil for a resident right away; instead of making them wait. Evidently performing duties as they could and should be done is not how the Mayor wants it.

This is another example of how the residence of Pomona Village are never simply residence. The mayor and staff identify people as Attorney's, Jews or Them. Instead of helping or attending to a residence issues, there are always obstacles of personal issues that control speech, timely action and simple conversations. In this example, my conversation with Mr. Robert

Sunshine was rudely interrupted to simple communicate he is an Attorney and therefore proceed with caution vs. professional and collaborative resolution.

**Refer To**

Mr. Robert Sunshine Esq. is very willing to expand on this specific conversation and others he has had with the Village staff and Mayor.

a. She called her immediate supervisor derogatory names such as "DebbieDowner", "Hannah Raincloud" and "Cold Hearted Hannah". She used these names when speaking about her supervisor to Village officials, residents and other persons doing business with the Village. As stated in the affidavit of the Village Clerk/Treasurer, Complainant did not take criticism well and did not learn from her mistakes when they were called to her attention.

**Response**

**Absolutely False!** Debbie downer was a term Carol LaChiana the previous deputy clerk called her and was used during my initial training. Hannah raincloud is a term I have never heard of or used, but I have to admit I used the term "cold hearted Hannah" in referring to Fran when talking to the building inspector Louis Zummo, but never said it to her directly. Over several months, I had learned through trustees and direct interactions that this type of hostel working environment was prevalent before my working at The Pomona Village office. With that said, there was no professional criticism or employee review from any of my direct supervisors, ONLY, unprofessional screaming and yelling as seen in most trustee meetings by the Mayor and Louis Zummo. There is a long list of people who have quit, resigned, or been terminated under this mayor's term.

**Refer To**

**EXHIBIT H**: Ian Banks – December 18th, 2017.

Ian Banks can be contacted to describe the unprofessional behavior and language at the

trustee meetings.  He can also confirm that the mayor does NOT approve minutes for such private or public meetings as he prefers to keep these events hidden.

B .In the spring 2017 Complainant told a new resident that the reason he had not been scheduled for a Planning Board meeting was because Village officials did not like the person from whom he purchased his house. In fact, he had not applied to the Planning Board because she failed to give him the correct information on how to file an application and that an application was required.

**Response**

**Absolutely not true.  I think they are talking about Mr. Lowenbein.**

Mr. Lowenbein is the victim of buying a very high profile home in the Village.  He purchased his home from Mr. Avorhom Maines (TAL Properties)an Orthodox investor. I believe Mr. Manes purchased 11 lots that had two houses on them. Only one of the houses had a certificate of Occupancy, which Mr. Manes currently lives in, and the other is 22 High Mountain Road. Mr. Manes purchased this through a bank from a previous builder who went bankrupt. The lots are located on undedicated streets. I do not know all the facts on this, because I have asked on numerous occasions, who is responsible for the roads?  The Village or the new investor?  You will never get a straight answer.  But, for the last ten years or so no building permits are given out on any of these empty lots on undedicated roads, even though there are numerous residents that live on undedicated roads.  Mr. Manes had another home that was vacant, he put a lot of money into it and went to sell it.  It was broken into and vandalized.  I remember Mr. Manes calling village hall that day very upset. He repaired all the damage on the home, and again went to sell it, and this is when all the issues started.  The building inspector did all the inspections on the home but the mayor did not want the certificate of occupancy issued to a home on an

undedicated road. The house was built when the previous builder went bankrupt. Mr. Manes came in several times wanting the C/O on the house, he had a buyer. One day he was talking to the building inspector, when our Village attorney stopped in. They had words back and forth on who was responsible for all those undedicated roads on the top of the mountain. On another day Mr. Maines came in again wanting the C/O on 22 High Mountain and met the mayor. It was very intimidating to say the least. They were going back and forth and getting louder and louder until the mayor yelled "SUE ME!", Mr. Maines responded that he just moved my family into this beautiful area and did not want to sue..The mayor repeated SUE ME! And then again, and again louder and louder. SUE ME!!! SUE ME!!!! SUE ME!!!!!! I was so scared. It was very intimidating. Fran and I both witnessed this. It was ugly. Mr. Manes said O.K. I will sue you and left. And the Village is now being sued by him. Fran informed there are three law suits. I have never seen any of them, however. Mr. Manes received his C/O for 22 High Mountain a short time after and sold the home to Mr. Lowenbein. Mr. Lowenbein came into Village Hall one morning, went up to the counter and said the worse thing. "Who is Noreen? I was told you are very kind and helpful". I went up to the counter and introduced myself, and asked him what I could do for him. He wanted to change his garage into two rooms for two of his children that are severely handicapped. I gave him the permit application, informed him, that we would need drawings, licensed contractors insurance etc. I asked him what address is his home, and he responded 22 High Mountain Road. I turned and looked at Fran. Fran was trying to get a document signed by the new owners of 22 High Mountain in reference that they are informed this is an undedicated road. Not only was the mayor livid that the C/O was issued on this address, he was also upset we did not get this document signed before the house was sold. I did not know about this document. I told Mr. Lowenbein the building inspector is part time, and if he had any questions Monday, Wednesday or Friday morning is best to speak with him. He came

in, had a conversation with the building inspector on what his plans were. The building inspector was questioning whether he could issue the permit and said he wanted to run this by the Village attorney. A couple days later the Village attorney came in and I gave her the paperwork for the permit on the counter. The building inspector went to the counter and showed her his plans. I specifically remember Doris saying "why does this have to go to the planning board Lou?" Lou smiled and said, "Look at the address". She then nudged the paperwork forward and said "send this to the planning board. I was staring at Lou leaning on the counter. He just smiled at me. It is so hard to work in this environment day after day and not do anything. When the Village attorney left, I just shook my head in disgust, and said "he has two severely handicapped children! His remark was "maybe he should stop having children". I was terminated about a week later.

**Refer To:**

**EXHIBIT O:** Yosef Lowenbein, December 26, 2017 - I am sure Mr. Lowenbein will have no issue providing additional details.


a. Complainant issued several building permits without the Building Inspector's signature or permission and before the Building Inspector had reviewed the applications for compliance with Building and Zoning laws. This was not in compliance with statute and could have resulted in safety problems and/or litigation.

**Response**

**Not true. I have no idea what this is about and I have never issued any building permits and this general statement is ambiguous.**

However, to continue to demonstrate the double standard (do as I say do not do as I do) of the Mayor and Building Inspector – I understand through conversations directly with the Building

Inspector, Louis Zummo, that the Building inspector without a Rockland County licenses and/or insurance was hired by the Mayor for the building of the Mayor's basement. The Building Inspector himself laughed at his ability to work in the county with a building permit that supported such an illegal action. Even the signoff of the permit was executed by a former Deputy Clerk who had to act on the instructions of such illegal activities. I am sure this was hidden from the public upon the hiring of the Building Inspector who often goes on family vacations with the Mayor. These types of unethical and conspired actions are anything but transparent and compliant to laws in any county.

**Refer To**

**Mayor Home Improvement related to Village of Pomona, NY (Rockland County)**

**Codes of Ethics https://ecode360.com/12719287**

**§ 9-1 Purpose.**

The complexity of modern government regardless of its level requires that public officers and employees maintain a standard of ethical conduct of the highest order. Nothing can take the place of personal integrity, character, a high moral sense and community vigilance. The primary purpose of a Code of Ethics is to define areas of conflict of interest. Properly administered, a Code of Ethics can engender public confidence in public officials and establish uniform guidelines. It is the purpose of this chapter to promulgate these rules of ethical conduct for the officers and employees of the Village of Pomona. These rules shall serve as a guide for official conduct of the officers and employees of the Village of Pomona. The rules of ethical conduct of this chapter, as adopted, shall not conflict with but shall be in addition to any prohibition of Article 18 of the General Municipal Law or any other general or special law relating to ethical conduct and interest in contracts of municipal officers and employees.

**§ 106-1 Purpose and scope.**

A. The people's right to know the process of government decision-making and the documents and statistics leading to determinations is basic to our society. Access to such information should not be thwarted by shrouding it with the cloak of secrecy or confidentiality.

B. These regulations provide information concerning the procedures by which records may be obtained.

C. Personnel shall furnish to the public the information and records required by the Freedom of Information Law,[1] as well as records otherwise available by law.

[1]Editor's Note: See Art. 6 of the Public Officers Law.

D. Any conflicts among laws governing public access to records shall be construed in favor of the

widest possible availability of public records.

**§ 9-3 Standards of conduct.**
Every officer or employee of the Village of Pomona shall be subject to and abide by the following standards of conduct:

**G. Private employment.** He shall not engage in, solicit, negotiate for or promise to accept private employment or render services for private interests when such employment or service creates a conflict with or impairs the proper discharge of his official duties.

Complainant failed to enter several building permits into the computer system so they were not being tracked despite the fact that this was part of her job and no other employee had this responsibility.

**Response**

**Not true.  Please provide the address and permits.**

e. On many occasions Complainant made appointments for the Building Inspector

-2-

Without checking his schedule or asking him. If a builder called in the afternoon she would schedule an inspection for the next morning. The Building inspector would then have to calltocancel if he had prior appointments on that day or if it was on a day that he was not working.

This was not only inefficient but led people to believe the office was dysfunctional and likely caused applicants to become disgruntled with the Village and the Building Inspector.

**Response**

**It amazes me they can make these stories up, and waste Village tax dollars, with this nonsense.**  I made the building inspectors schedule.  He is part time, so his time is limited.  As stated above, if a builder called in the afternoon, and the building inspector was available the next morning, that is, he had no, or few inspections I added it to his schedule. I later found out

that certain builders were not to be given good service <u>and the Mayor wanted them to go through</u> <u>an unnecessary waiting period before getting an inspection.</u>I thought I was supposed to give good service to all the residents of Pomona and contractors and vendors equally, but evidently the Mayor wants good customer service to be given very selectively.  I believe by giving good service to all who came into The Village of Pomona office, regardless of religious background, race or other discriminatory Mayor vendetta,that became the main reason I was terminated – I was simply unwilling to except his discriminatory practices.  Do to this extreme hostile environment and relentless internal aggression against the Jewish residents and unprofessional daily office working environment simply broke me down where I needed help to make a wrong a right and thus reached out to the EEOC and state official during the early part of the year.

f. Complainant often made errors in computing building permit fees. When mistakes were brought to her attention she became argumentative and said it was unimportant. In fact, having applicants pay the correct fee is important to the applicant and to the Village.

**Response**

**NOT TRUE AT ALL.** A complete lie with no fact to an employee review or documented meetings whereby normal companies would take proper and thoughtful action.

A.  As stated above, Complainant's appointment as Deputy Village Clerk was not renewed because of her unsatisfactory performance. As stated in Mayor Yagel's affidavit m support of the Answer to the Complaint dated November 22, 2017, the Mayor did not have to give Complainant a reason for not re-appointing her and so did not go into her short comings. Failure to re-appoint is not the same as termination. However, there were more than ample grounds to terminate Complainant's employment with the Village.

As stated in the affidavits of Mayor Yagel and Louis Zummo (Building Inspector)

dated November 22, 2017, the Mayor never called Complainant or anyone else a "Jew lover".

The allegation and connotation are insulting and slanderous.

**Response**

**The building inspector in his Jewish comical impressions, which he performed daily, stated**

**this on three separate occasions.** He told me numerous times that the clerk in Airmont was

terminated, and Brett wanted her to replace me. For months I heard this, and when I asked Louis

why, he stated, "**BECAUSE YOU ARE THE JEW LOVER".** The last time he said this, I was

standing outside in the parking lot next to his truck. I asked him if I was doing anything wrong.

I pointed out I volunteered to work on the new building and tax software, that is pathetically

outdated and causes daily complaints from residents. Yet I continue to be ignored or rejected. I

volunteered to update the website weekly. It is downright embarrassing week after week to hear

these residents say the calendar on the website is from 2015. I have informed both mayor and

deputy mayor, but they do not want the public to get this information, freely and efficiently.

Residents would call about garbage calendars, trustee meetings, elections, or meeting minutes.

It is never posted. I had a complaint a resident said "I heard there is an election. Who is

running? How do I find out about each candidate?" The clerk and I have discussed this many

times. The clerk/treasurer's son used to update the web site for her.

**It is worth noting again the direct conflict to the above statement, "I WAS GIVEN A**

**RAISE BY THE BOARD OF TRUSTEES WHO INCLUDE THE MAYOR and THOSE**

**WHO SUBMITTED AN AFFIDAVIT TO MY UNSATISFACTORY PERFORMANCE.**

**This conflict alone should bring question to the trustworthiness of these affidavits.**

**Refer To**

In addition, I was recently approached by a former Village of Pomona NY employee who

recorded the Mayor communicating his racial/religious name calling. This is certainly

materiality that I was NOT the first employee to be called a LOVER of a religious population

and certainly discredits the affidavits submitted and signed by those individuals. It speaks

volumes to how these individuals do NOT take our legal system and governing laws seriously

and therefore given this materiality, they certainly would (i) NOT answers a simply question

(yes / no) to take a Polygraph Examination and (ii) permit is outcome as a guide to the truth as

often used as a tool in standard investigations and litigations.


**EXHIBIT O:** Yosef Lowenbein, December 26, 2017

**Village of Pomona, NY (Rockland County) https://ecode360.com/12719287**

### § 9-7 Penalties for offenses.
In addition to any penalty contained in any other provision of law, any person who
knowingly and intentionally violates any of the provisions of this Code of Ethics
may be fined, suspended or removed from office or employment, as the case may
be, in the manner provided by law.


g. It is the Village's policy to treat all people equally. No one told Complainant to treat any

group differently from any other.

**Response**

**"You can by law make _THEM_ wait 5 days for their FOIL request"**

I heard that line so many times, I will never forget it. I would be told that I did not have to give

surveys, inspections, copies, maps, etc, right away. You can make THEM wait 5 days to give

THEM a response, and then make THEM wait longer if you say you are busy or overwhelmed

with work. Which was never the case. I was just told recently that you can no longer e-mail

(although not defined in § 106-5 below) a FOIL request. You have to physically walk in during

Village business hours 9:00 A.M. to 4:00 P.M. Monday through Friday. I am not sure if this is

true, but how inconvenient for the people again.

**Refer To**

**EXHIBIT J**: Naomi Streicher – December 21st, 2017. Naomi can be contacted regarding

the runaround related to lack of timely requested materials from The Village of Pomona.

**EXHIBIT H**: Ian Banks – December 18th, 2017. Ian can be contacted regarding the

runaround related to lack of timely requested materials from The Village of Pomona.

**EXHIBIT O:** Yosef Lowenbein, December 26, 2017

§ 106-5**Requests for access to records.**

A. A written request may be required, but oral requests may be
accepted when records are readily available.

B. A response shall be given within five business days of receipt of
any request reasonably describing the record or records sought.

C. A request shall reasonably describe the record or records sought.
Whenever possible, a person requesting records should supply
information regarding dates, file designations or other information
that may help to describe the records sought.

D. If the records access officer does not provide or deny access to
the record sought within five business days of receipt of a request,
he or she shall furnish a written acknowledgment of receipt of the
request and a statement of the approximate date when the request
will be granted or denied. If access to records is neither granted nor
denied within 10 business days after the date of acknowledgment of
receipt of a request, such failure may be construed as a denial of
access that may be appealed.

Complainant's attempts to help people purportedly in an "efficient and expeditious

-3-

manner" have resulted in errors and sloppy performance. As stated in Paragraph 2 above, by trying to be "expeditious" Complainant made appointments for the Building Inspector that had to be cancelled and issued building permits that were illegal.

**Response**

I did help people efficiently and expeditiously. I made all the building inspector's appointments in a very efficient manner that was helpful to all residents and contractors, but evidently too efficient and courteous for the mayor. The mayor constantly would interrupt the building inspector's schedule with his own agenda. The classic example would be the NEVER ENDING Trustee Ian Banks case. It is quite obvious the Mayor dislikes the Trustee very much. When I asked what Ian Bank's ever did to make the mayor despise him so much, I was told that Mr. Bank's ran against him for mayor years ago. My first day there training January 27, 2016 they told me to go and sit at a Zoning Board of Appeals meeting to get training. On the agenda was Mr. Banks barn was under review. I remember an attorney asked Carol Lachiana for paperwork and minutes of some meeting, and she pointed to me, and stated "she is the new deputy clerk, you must deal with her". He gave me his card and left that evening. To this day it is not resolved. One day while I was there, the building inspector came back from the final inspection of Mr. Bank's barn, and told me "Bank's passed all inspections, and the mayor is going to be pissed off when we have to issue him the Certificate of Occupancy". The next working day for Lou the mayor told him to "FIND SOMETHING WRONG WITH HIS BARN" I heard that loud and clear. Lou said "I can't, he passed all his inspections". I was shocked. The mayor went into his office closed the door and came out a few hours later, stating that he got Pat Brady as a fill in engineer to come in today and go over to Mr. Bank's barn and measure the height. Lou and Mr. Brady went to measure the barn, and I believe it was a few inches higher than they expected. I saw

24

the building inspector's frustration when he returned. Not only did the building inspector pass Mr. Bank's barn, the mayor interfered in his job, and denied the C/O and had the building inspector and Village attorney write a denial letter to Mr. Banks. He said it was a little over the height.  I told him the mayor already called and was looking for him.  Then the phone rang again, and Lou informed him of his and Pat Brady's findings of the height. When Lou hung up the phone, he said to me **"the mayor just thanked me for making his year".**  When the mayor came in, he was so happy.  I saw him dancing his way into the office with this great big smile, dancing with his two pointer fingers going up and down in the air.  And he states that I'm the unprofessional one?

**Refer To**

**EXHIBIT G**: Aharon Manes – December 21st, 2017

**EXHIBIT H**: Ian Banks – December 18th, 2017. Ian can be contacted regarding his interaction with the Mayor and the Mayor text messages related to making sure the Building Inspector finds something wrong to avoid providing a CO for his Barn.

**EXHIBIT I**: George Pecovic – December 19th, 2017

**EXHIBIT J**: Naomi Streicher – December 21st, 2017

**EXHIBIT K**: Solomon A. Fuerst – December 22nd, 2017

**EXHIBIT L**: Residential Affidavits and Testimonies

**EXHIBIT O:**  Yosef Lowenbein, December 26, 2017

Complainant did not agree with Village policies and told this to everybody, including the public. She also did not understand the importance of the documents that she was dispensing. She was not doing favors for people by cutting corners - she was jeopardizing their safety.

**Response**

I have no idea what they are referring to!  What did I say to the public? Which documents?

As stated above HR Handbook policies that govern the office and its employees had never

been provided to me and I was never asked to sign a form of affirmation to such policies.

The CODES that govern the residence of Pomona do not have internal operational

procedures to support a working environment that can be used in creating standard office

procedures.   Everything, like this statement is all directed on a daily basis to best deliver the

Mayor's agenda even if unlawful or discriminatory or just a flat-out dislike of an individual.

A clear abuse of position that impacts everyone and demonstration to his own lack of

required skills to manage the village of Pomona office and its staff.

      h.  The Mayor and Village Clerk/Treasurer did not tell Complainant to "stop being too

cooperative with certain Jewish residents". They did tell her to act professionally with all

visitors to Village Hall and not to discuss her personal life with those doing business with

theVillage.

**Response**

**Village clerk told me I should not be so polite or kind to Tal Properties owner, Mr.**

**Avorhom Manes because he had three law suits against the Village.**   I stated to Fran, if

the mayor did not scream 'sue me', over, and over numerous times to this gentleman, he

probably wouldn't be suing the Village.  We were both there to experience the wrath that

came out of the mayor that day.  It was scary.  I stood up from my desk, and was ready to

call the police.  It was very intimidating.  I always supported the mayor and Village, but

experiencing the discrimination against the orthodox community especially, it was very

difficult to work in an office with such vengenous – I simply cannot sit back and play this

disgusting game. I have two rules in my life which all people in the office have heard me say, "Love God, and Love thy neighbor". The definition of neighbor is anyone I come into contact with.

In reference to my personal life, my family had lived in the village for more than 19 years. The children and families in this village where and still are part of my everyday life.

**Refer To**

**EXHIBIT I**: George Pecovic – December 19th, 2017, his whole family is still close to my sister and brother-in-law. They are amazing people where we speak and share personal updates to our daily lives.

**EXHIBIT O:** Yosef Lowenbein, December 26, 2017

**Village Employee Handbook** – never provided and/or did anyone direct me to where it is posted and therefore I have no reference to a policy that I can NOT speak openly to people I have known for years. And I am certainly NOT aware of any New York State Law that prohibits open conversation with those I interact with at home or on the job. Again, I feel they make up this stuff as they need to for individual gain.


She also in appropriately discussed internal Village business with others. For example, without requests he would tell residents what Village actions were taken with respect to other properties on their street without concern for the other property owner's privacy.

**Response**

Absolutely not true.I have no idea what they are referring to. On the contrary, I have requested the update of the village web site that should contain open public related information to village meetings agendas and meeting outcomes.

**Refer To**

The Village of Pomona website for lack of public updates and out dated materials.

Please refer to various trustees in the sharing of information by the town attorney and the Mayor. **Even this case was not shared with the trustees nor the village responses**. I would assume that with a case against the Village the mayor would be required to share its content and responses. Instead it has been shared only with a few conspirators who all have hidden agendas and issues that they do not want shared by the public or those sworn into office.

The Mayor's discussion with Complainant had nothing to do with religion or religious people. He did tell her that he expected her to behave professionally and not to discuss personal matters or internal Village affairs with others.

**Response**

I have no idea what or when this discussion with the mayor took place, or what he is alluding to. Kindly elaborate.

I too, expected a professional and ethical behavior from those elected into office. In light of such egregious actions by the Mayor and his staff against the Jewish residence, I was compelled to reach out to the EEOC and the Human Rights authorities.

6 and 7.The person Complainant refers to as a "well-known Orthodox investor and builder" is a person who, in the past year and a half, has commenced three lawsuits againstThe Village, one of which has been withdrawn.In two of the lawsuits, he alleges, among other things, that Complainant told him the Village gives him a hard time because Village officials do not like him. Her statements to him are not only untrue but inappropriate.

**Response**

I have never told anyone "the village does not like them".   I am not aware of any lawsuits

that state this.  Please elaborate.

**Refer To**

Please reach out to the person above and request his own feedback to the statement above.

I am sure anyone who has dealt with the Mayor and who is Jewish would on their own

merit communicate that the interaction in its self would define his true feelings.

**EXHIBIT O:**  Yosef Lowenbein, December 26, 2017

The builder referred to in this Paragraph of the Complaint, owns three

private streets in the Village. Instead of paving the streets to prepare them for dedication as

public streets, as all developers are required to do, this builder issuing the Village, hoping to

require Village taxpayers to pay for the paving instead of himself.

**Response**

I have no idea whose problem it is with these undedicated roads.  I only hear the office

drama concerning who is responsible for paving the roads.  I never saw or read the contract.

Not my job.

There is no Village policy to delay the issuance of building permits for 30 days for

any applicant, group of applicants or as a general rule. As stated in the affidavit of Louis

Zummo, Building Inspector, dated November 22, 2017, the Building Inspector is a part time

employee and sometimes it takes 30 days to review an application for a building permit. Most

permits, however, do not take this amount of time. It should be noted that, pursuant to State law,

building permits cannot be issued to the builder referred to in this Paragraph of the Complaint

and throughout the Complaint, because the lots that he owns front on his private streets, not on

public streets.

Provide details …There is definitely a delay in permits to the orthodox community. I heard yesterday from Mr. Robert Klein, an orthodox Jew and Trustee, that he has two stop work orders and numerous violations. He informed me that the Village said the previous clerk (ME) lost his plans, and he has waited months for his fence permit. I specifically recall on Friday June 9, 2017 the Friday before the big 50th Anniversary of the Village, the mayor called and asked me if Lou was still there, I said "yes, hold on please. Lou it is the mayor". I then went to go downstairs and give Fran some paperwork as she was setting up for the big event. Louis was getting very upset, and arguing with the mayor. I saw him put his hand on his head in frustration "I asked him what's wrong." He stated the mayor wanted to find something wrong on Ian Bank's residence and to issue a stop work order on Robert Klein's house. He also stated he had no idea what stage they were on in the construction of his Mr. Klein's home. He asked me if Mr. Klein ever called for an inspection, and I said no. That weekend was the 50th Anniversary of the Village of Pomona. . On the following Monday Lou came in and said it was a very nice event, and he had three of Robert Klein's hot dogs. Mr. Klein had offered his industrial size kosher grill and donated 500 kosher hot dogs for the party. Lou then said Mr. Klein's house needs to be inspected. I remember asking him, "what kind of inspection do you do for raising a home?" On Tuesday the mayor came in and asked Fran when is Mr. Klein picking up the grill? The village will not be responsible if anything happens to it the mayor said. He told Fran to call him about it, and I said I will e-mail him. Mr. Klein received the e-mail, and called me at Village Hall. I told him I would help him put the grill in his truck, but he laughed stating how heavy it was. He would get a couple of men to help him pick it up. Mr. Klein then stated that he wanted to set up an inspection on his home at 63 Halley Drive, and I asked what kind of inspection. Plumbing?

Heating? Framing? Foundation? He said he was not sure but at the Pomona Anniversary party the building inspector told him, while eating his hot dogs, an inspection was needed. I then put him on the calendar the next day Lou was working, and had plenty of room on the calendar. I guess this was way just too convenient and too fast for the Mayor. You see he had been a target of the mayor, ever since he became the first Orthodox Jew to run for and win a Trustee position in the Village of Pomona., The mayor tried to keep the local Trustee Alma Roman on the board. Alma came in numerous times to Village Hall while I was there complaining that she did not even want to run again, but was being pressured into it. Fran informed me she failed to get on the ballet by one vote. I believe Mr. Klein was a big reason why I was terminated. You see, about two weeks after the Anniversary party, I got a call from the mayor that almost blew my ear drums out. I answered the phone and Fran heard every word the mayor was screaming. STAND UP FROM YOUR DESK!!!!!! ….WALK AWAY!!!!!!....AND WAIT IN THE BOARD ROOM UNTIL I GET THERE!!!!! And then he hung up. I remember just looking at Fran and saying this place is crazy. The phone call came in about 3:10 P.M. in the afternoon. I did get up from my desk and sat in the board room for over 45 minutes by myself. I could not understand this behavior from a man, never mind a mayor. The 45 minutes felt like an eternity, it was tortuous, wondering why he yelled so loud and what could possibly be wrong. I then went in and asked Fran how long should I wait? I told Fran, it is four o'clock, I am officially off, and went to my desk to log out and get my personal things together, when I heard a screech from a green minivan came flying in. It was the mayor. The deputy mayor was already sitting in the parking lot.The mayor came in and staring at me and pointing to the board room. I went in, he sat opposite me and placed the phone face down between us. I asked him if he was about to record me, and he yelled "WHY ARE YOU ASKING ME THAT QUESTION?!!!!! I replied, yes or no

(this is a normal event for the Mayor as he records most conversation without notice to the other person) are you recording me? He yelled "DO YOU WANT ME TO RECORD YOU"?!!!! And in walked the deputy mayor Leon Harris breaking up the argument. The Mayor then asked me if I spoke to Mr. Robert Klein about A STOP WORK ORDER on his house. I said NO! There is no stop work order issued on 63 Halley drive. I work for the building inspector and I would know. He asked me in is loud bullying voice if I was lying. I asked him,"what is going on here?" What are you looking for? Why did I sit in this room under so much duress for over 45 minutes? Why is Leon here? He yelled "LEON IS MY WITNESS"!!!!! I asked witness to what? They kept interrogating me about the Klein property. Lou had told me on Monday Robert Klein was missing the framing contractor paperwork. Meaning the contractor's Rockland County License and his three insurances. Disability, liability and workers comp. When Mr. Klein called me about the grill I told him he was missing that paperwork and he brought it down. I then set up the inspection as he asked. You see this is too efficient, too fast. I believe the building inspector said something to the Mayor that I was helping Mr. Klein, but it was just normal customer service, absolutely nothing special. I work for the public, the residents of Pomona. I am courteous, kind and professional to all. After being interrogated for so long, the mayor said I was dismissed and could go. When I went to open the board room door guess who was leaning on the counter. Louis Zummo the building inspector. He had been off for almost five hours. Why was he there? I was so emotionally drained from all the mayor's drama, I just picked up my pocketbook and left. I could not even ask Lou why he was there. If anyone dares tell me there is no Religious discrimination in the Village of Pomona, they have not worked a day in the building department.

Please contact Mr. Klein as he can verify the above as well as provide additional detail that I am unaware of to this specific issue.

8.  There are no pork rinds on the counter at Village Hall nor have pork rinds been discussed.

**Response**

It was specifically stated by the mayor, to Fran. "Fran go out and buy pork rinds for our guests and put them on the counter, he laughed". I know he was only joking, but it showed me his true colors. Neither Fran nor I ever purchased pork rinds and put them at the counter in Village Hall – I would have walked out in discussed of such action.

8.  There has been no reason for the Mayor and Village Clerk/Treasurer to hold "behind the door communications" about Complainant. They have both admonished Complainant directly not to have inappropriate personal conversations with any Village residents and to treat people professionally. It doesn't matter who the residents are - personal conversations are inappropriate in the Village office and professionalism is essential. The Village office is a business office, not a social club.

**Response**

Almost all communications were held behind closed doors. The mayor would take turns calling the clerk into his office, and if the building inspector was working he would call him into his office quite often. He would keep him in there so long; I would complain to the clerk that people were waiting to have their inspections. She witnessed this on a daily basis. Contractors would call, they would have foundations to pour, home owners and realtors would call for waiting for their interior violation search to close on their homes. I would receive complaints that closings on homes would have to be re-scheduled. Lou and I both

learned the mayor's favorite line to these complaints. "OH WELL…..TOO BAD, SO SAD".

**Refer To**

**EXHIBIT J**: Naomi Streicher – December 21st, 2017

**EXHIBIT K**: Solomon A. Fuerst – December 22nd, 2017

Please reach out to both real estate Brokers for the countless times their businesses where effected by such unprofessional behavior.

-5-

21.  There are only three employees in the Village office,i.e., the Village Clerk/Treasurer, the Deputy Village Clerk and the Building Inspector. In his affidavit dated November22,2017, the Building Inspector stated there is no Usvs. Them policy in the Village. The Village Clerk/Treasurer also states that there is no Us vs. Them policy.

**Response**

There most definitely is an "Us and Them" environment and both these two people will say anything to keep their positions.

A resident of the Village that I am friendly with was confronted by the Mayor upon putting up her home for sale regarding her choice in Real Estate Agents and again after the sale of her home. They had selected Naomi Streicher as their agent which upset the Mayor after the sale of their home when the resident returned for the closing of their home she stopped by village hall to see me and say Hi to the Mayor.  She was friendly with him and supported his various elections over the 20 years she lived there.  When the Mayor heard she was there he immediately confronted her outside the village hall and ask if she had sold to "Them". She informed him she was not aware of the buyer as it was a corporation who purchased her home. The Resident was upset with this confrontation since she had been so supportive of

34

the Mayor and the Village for so many years.

**Refer To**

Upon request, I can provide contact information

27. Complainant was not re-appointed to the office of Deputy Village Clerk because she was insubordinate and did not perform her job satisfactorily, appropriately and competently.

**Response**

One of the reasons I was not re-appointed is because Fran, having been under tremendous pressure for not getting the tax bills out on time because of her inability to keep the data up to date (and her refusing to let me help with it), and heading out on her vacation, said it loud and clear voice, with the building inspector present, "I AM GOING TO MAKE SURE YOU ARE NOT–RE-APPOINTED" I guess she was right. I guess I was just too efficient for this municipality. The village lives in the old antiquated environment. Paper records, 40 years old are stored and are a fire hazard. The Village attorney does not even have a cell phone, or e-mail. I was led to believe that the Village needed someone to clear up a big mess. I thought I could do that, but to my chagrin was always prevented doing it with the phrase, "WHO AUTHORIZED YOU TO DO THAT?" I was looking for a long term association with the village, hoping to attain a good pension on retirement. Now I am 54 years old, out of employment and undoubtedly will not get a good referral from my last position in Pomona. Ironically, it is because I gave good customer service, equality and preformed to the best of my abilities given the extremely hostile working conditions.

More to the point, in most corporations, leadership communicate through some form of employment review, either 360 or other format the need to improve an employee's skills or

work activities.  I had no chance given that I was not will to play along with any dissimilatory actions and support the unnecessary legal actions that where front and center to the Mayors hidden agenda against the Jewish population.

I was the one that brought to the attention of the Mayor and Fran that everyone was NOT sworn into their elected roles and I was further attacked by the village attorney in her communications to call me a "hold Over Deputy Clerk" who received a increase in pay less than three months before my abrupt and unlawful termination.

**Refer To**

**EXHIBIT O:**  Yosef Lowenbein, December 26, 2017

Enclosed are a few documentary examples of Complainant's unacceptable performance. Exhibit A contains two letters written by Complainant as Deputy Registrar of VitalStatistics when the Village Clerk/Treasurer was on vacation. These are important documents and must be correctly filed with the New York State Department of Health. There is no addressee on either letter so we do not know to whom they were sent. In addition, the dates of the letters predate the dates of death of the residents, which is impossible.

**Response**

Exhibit A e-mails. Before the clerk went on vacation, I specifically asked how to handle a death certificate.  She was overwhelmed before leaving on her yearly trip to Italy; I specifically asked her, what do I do if someone in the Village passes away?  Fran's response was, don't worry nobody will die ". Talk about being thrown into a fire.  Two people died while she was away, and there was no training, and no paperwork on how to do so.  The funereal director helped me with the paper work at Village Hall, I spoke to the Rockland County Medical Examiner for advice, and then I called Camille the Village clerk

in Wesley Hills also for advice.  It was taken care with no discrepancies.  It might not have

been done the way Fran does it, but the proper paperwork was filed in Albany.  Fran did

not think my cover letter was professional enough.  But it worked.  When she returned, she

printed up instructions for me on how she would like it done in the future.


Exhibit B is an email that Complainant sent to a newly appointed member of the Planning

Board in which she gave him information of which she had no knowledge and which was

incorrect.He was not appointed co-chairperson;the Village does not have co-chairs.

**Response**

**EXHIBIT B:** Fran was on the phone talking with somebody, and she stated she needed

George Pecovic to come in and sign the oath of office book as co-chair of the planning board.

I was shocked knowing the Pecovic Family for over twenty years, and sent my friend that e-

mail.  I guess I should not have written Happy Easter but certainly the Village and its

attorney picked the wrong email to demonstrate their twisted response.

**Refer To**

**EXHIBIT I:** George Pecovic – December 19th, 2017, his whole family is still very close to

my family and does NOT serve as an example.


Exhibit C is an e mail that Complainant

Sent to the attorney for an applicant to the Planning Board. In it she states that she does not

know who is to send the certified mail notices. It is her job to know this and it had been

explained to her on prior occasions.

**Response**

The Village Attorney should do her due diligence before making false accusations.  All the

certified mailings went out and we did receive all the receipts back. Blythe Yost the exterior designer on this project called and asked if she should take care of it, or another associate working on the project Zoie Shively, or the attorney Ryan Karben. She informed me the homeowners were away and that they were not going to do it. This was a phone message. Giving great customer service, I wrote back to all three of them, I was not sure who was responsible for this. It was one of the three of them that was going to address it. They understood completely the e-mail and it was done correctly. But since the mayor likes to dig through my e-mails looking for discrepancies, I should have wrote it in Layman's terms for him. I know my job, and the meeting went off just fine with all the proper paperwork and steps. Well not exactly fine. I told the clerk and the mayor I was extremely embarrassed at that meeting. It was a Jack Spath project, 4 Littman Lane. There was a huge problem with the Orthodox contractor Jack Spath. The Village after numerous tries passed on a set of his plans for the Nussbaum's home and on the same day, the demolition of the previous residence had torn down every tree and excavation began. I can't count how many complaints there was that all the trees were coming down. Lou did an investigation and got in touch with Jake Spath. Jack allegedly told Lou that there are no trees on his plans. It was taken as if Jack Spath pulled one over on the Village, but evidently Lou missed that on the plans and drawings The mayor was upset by this, but it was just human error. I remember the mayor asking him what other projects Jack Spath was working on. Lou responded. 4 Littman Lane. We had a planning board meeting for this residence coming up.

The 4 Littman Lane meeting was embarrassing for me to say the least. The project was to install an in ground pool, and a beautiful backyard. As the building inspector would refer "he is trying to make a Disney Land Backyard".

Fact:  The meeting started off with the chairman asking if everyone read the memo from Doris Ulman, the Village attorney, they all replied yes, and had copies in front of them. Ryan Karben the attorney for the residents asked for a copy, and before I could even look for one, Doris Ulman(Village Attorney) said "it is not for you to read, only the board".

Fact:  The building inspector fell asleep.

Fact:  Eloise Litman the village historian was called in by the mayor as an alternative member, not by me.  It is not nice of me to say so, but Mrs. Litman's wig fell so low at one point during the meeting it was almost covering one eye.

Fact:  The other planning board member Jerry Fox kept stating, that Litman Lane was not even a street in the Village.

Fact: The project was not approved.


Exhibit D is an inappropriate email that Complainant sent to a person who requested tax information about a property in the Village.

**Response**

Resident called in, with a heavy Russian accent, looking for his Village tax bill.  I had a warm friendly conversation with Mr. Michael Weinstein, informing him I was in St Petersburg Russia a few years ago.  We talked about Mother Russia for a minute, and then he asked me for a copy of his Village Tax bill.  I scanned it and e-mailed it to him.

Respondent VILLAGE OF POMONA has not violated Complainant's civil rights nor

Discriminated against her or anyone else.

Dated: Pomona, New York December 6, 2017

Village Attorney Village of Pomona 134 Camp **Hill** Road
Pomona, New York 10970 (845) 354-6436

DORIS F. ULMAN



## As 2017 election approaches, the drama continues in Village of Pomona

By dskriloff on March 17, 2017 0 Comments
Share on Facebook Follow on Facebook Add to Google+ Connect on Linked in Subscribe by Email  Print This Post

**BY DYLAN SKRILOFF**

Drama and accusations of favoritism and bizarre behavior continue to percolate amongst officials in the Village of Pomona as the village election approaches next week. Though Mayor Brett Yagel is on the re[...] accusations, he has managed to keep a strong board majority and win most political battles throughout the last few years he has found himself at the center of controversy.

Kevin Conway, the attorney of Trustee Ian Banks (Yagel's main political adversary) has indicated that Banks is the victim of Yagel politically interfering to stop Banks from receiving a Certificate of Occupancy Ba[...] sought for an old barn on his property.

Meanwhile former Village Clerk Lisa Thorsen says that Yagel has been working behind the scenes to blackball her career in local government all over a political battle between several personalities in 2014 and[...] The general practices of Yagel's regime also are under criticism.

In late February, the mayor removed six-year member of the Zoning Board of Appeals, Peter Obe, citing the fact that he did not sign an oath of office. Obe had been on the ZBA since 2013 and his term was n[...] until 2018.

Obe said he had no interest in fighting for his position because it was a volunteer role and if Yagel or the board did not want him anymore, he would move on. But Obe did say he felt the treatment he receive[...] "I would think if I needed to sign a form, they would have brought it to me," he said.

Persons in the village have told the Rockland County Times that they believe Mayor Yagel is purposely arranging for employees and appointees to never sign their oath so if he wants them removed he has a c[...] Obe agreed this might be the case.

One employee told the Rockland County Times on the condition of anonymity that despite their best efforts to get their hands on a form to sign, an oath was never provided to them. The employee said it wa[...] mayor did not want the form signed.

The removal of Obe for his failure to sign an oath of office also begs the question, why did the board allow him to serve several years without signing an oath? If a non-tender of the oath of office is a disqualifi[...] votes as a ZBA board member valid? It is not clear how many persons employed or volunteering for the Pomona government have not signed an oath of office.

Pomona regulations also state, "The Mayor of the Village of Pomona is hereby authorized to remove a member of the Zoning Board of Appeals or Planning Board for cause, after public hearing and an opportu[...] Obe said he never was afforded a hearing. Because Obe has no interest in fighting for the ZBA position, the breach of protocol will go unchallenged.

Critics of Yagel say such tactics are the norm under his regime and those who resist him face retribution. Trustee Banks said after years he has still not been provided a certificate of occupancy for a barn on hi[...] though the building inspector said everything is squared away.

Banks and others who spoke to the Rockland County Times described Yagel as micromanaging every aspect of village business and acting out against anyone he dislikes or perceives as a foe. Banks is consider[...] against his own village due to the endless delay on receiving his CO.

Other accusations levied against Yagel by current and former Pomona residents involved in the political scene include harassment, creepy hang-up phone calls, video surveillance of activities in Village Hall an[...] email accounts. Yagel has spread rumors that former Village Clerk Thorsen could face legal trouble for supposed personal use of a village Fed Ex account but provided no evidence.

Witnesses in Village Hall told the Rockland County Times that in the current year, Yagel is still ranting about Thorsen three years after she has left the village's employ, pining for her arrest over the FedEx "scan[...] Despite all the drama, Yagel has maintained a base of political support due to his stance against over-development. He also has been staunchly opposed to the Tartikov Rabbinical College project, which is unp[...] drastically alter the character and demographics of the village.

Yagel's handling of the lawsuit has been questioned, however. He suffered perhaps his most embarrassing moment when in a comment string underneath an article on the Rockland County Times website he[...] Trustee Rita Louie for making a comment in a text conversation with him years earlier that he said could be damaging to the legal case with Tartikov. Attorneys for Tartikov picked up on the conversation and b[...] judge's attention.

The village was reprimanded and sanctioned $43,000 in 2016 for the Yagel/Louie fiasco. There is fear that given the judge's past reprimand, should the village lose the Tartikov lawsuit taxpayers will be force[...] million in attorney's fees.

On Tuesday, Ian Banks and former Pomona residents Robert Klein are running for trustee seats on the Preservation Party line. Their opponents are Rena Nussbaum and Michael Kaufmann of the Po[...] line. The term of the trustee seat is four-years.

Mayor Yagel loyalist Alma Roman failed to gain enough signatures to qualify for the board.

Banks said, "In my letter to residents of January, 2015 [When he opposed Yagel for mayor] I stated 'Among the many issues facing us, strong leadership is required to address ever increasing budgets, spiraling[...] paved roads in certain areas,continued control and defense of our rural, residential environment, improved code enforcement, renewed direction for existing institutions like our Cultural Center, restoration o[...] coffee with the mayor, better communication with residents, improved management of our office and staff, and above all, treating residents, staff and the public fairly, openly and honestly All of these issues [...] 2017, and in many cases, things have gotten worse, such as code enforcement."

Mayor Yagel was emailed three times for comment and requested return phone call on this article and did not return the email or leave a message of any kind with the Rockland County Times.

Deputy Mayor Leon Harris answered a phone call from the Rockland County Times and stated, "Since I am not running for reelection this year, I have no comments. Thank you." He then hung up.

CORRECTION – An earlier version of this article stated that Thorsen had used the Fedex account and then reimbursed it. Thorsen says this was a misquote and she had never used the account.

In Summary,

Under the direction of the Mayor, the staff at The Village of Pomona are all willing to support discriminator activities against the Jewish population, they are also willing to submit false affidavits whereby my action to reach out to the EEOC and Human Rights office and a New York Governor (EXHIBIT M) are all justified in the effort to bring forward unprecedented human abuse and unethical behavior.

Within my employment, I was given limited to no training, I had no employment handbook to read and/or affirm, I was not given an employee review, I informally reached out to the Village attorney and Building Inspector who both supported my formal memo (appendix F) to The Village Board of Trustees in February, advising of the Toxic working environment. In March the Mayor re-appointed me, and Fran conveniently forgot to swear me in.

In April, I was given a raise authorized by the Board of Trustees and not two pay periods later, I was terminated for no cause, just "I am the Mayor".

After termination, I received communications from Fran advising I gave notice and quit, I received registered letters for the village attorney defining me as a "Hold Over Deputy Clerk".

I am a 54-year-old, single catholic woman.  I planned, like the person before me, the opportunity to serve the community, its young children and families that I have seen grow,until my retirement at age 65.  With that said, I no longer have medical, dental and life health coverages. I no longer have paid vacations and a position that supports continued education and growth opportunities.  I no longer have the opportunity to provide ethical and professional service to the community I have grown to love. Because of my age 54, it is difficult to find rewarding employment, and obviously I cannot get a decent referral from my previous employer, the Village of Pomona.

In summary, the staff of The Village of Pomona discriminates against identified groups and individuals under the direction of the Mayor, Brett Yagel. My moral code does not allow me to prejudge or discriminate against people because of their religion, race, ethnicity, sexual orientation or gender. My treating all residents in the same efficient manner created a stream of constant critical comments and undoubtedly my eventual termination.

Regards,
Noreen Shea

# EXHIBIT A



# VILLA.GEOFPOMONA
100 Ladentown Road
Pomona, NY 10970

Tel:    845-354-0545
Fax:    845-354-0604
e-mail: info@pomon avillage.com
www.pomonavillage.com

June 15, 2016

To Whom It May Concern :

Enclosed is the Certificate of Death for Mr. Jeffrey M. Bass who passed away Wednesday July 13, 2016 at 8:05 A.M. in the Village of Pomona. If you have any question s or problems, feel free to contact me at Village Hall.

Thank you kindly,


Noreen Shea
Deputy Clerk
Village of Pomona
100 Ladentown Road
Pomona, NY 10970
845-354-0545
Noreen.shea@pomonavillage.com



# EXHIBIT B

**Noreen shea**

| | |
|---|---|
| **From:** | Noreen Shea <Noreen.Shea@pomonavillage.com> |
| **Sent:** | Tuesday, April 18, 2017 3:58 PM |
| **To:** | 'Pecovic, George' |
| **Subject:** | Planning Board Member |

George!!!!! Are you nuts?

Happy Easter.I just heard through the top secret grape vine you are the next co-chair person for the planning board.

There is a meeting tonight if you would like to stop by and meet all t he members. It starts at 8:00 P.M. and it will probably be over around 9:00 P.M.

Cocktails at 9:15.

Call my cell later 914-671-4768

Noreen Shea
Deputy Clerk
Village Of Pomona NY
100 Ladentown Road
Pomona, NY 10970
(845)354-0545 Phone
(845) 354-0604 Fax
noreen .shea@villageofpomona.com
www.pomonavillage.com

l

# EXHIBIT C

# Noreen shea

| | |
|---|---|
| **From:** | Noreen Shea <Noreen .Shea@pomonavi llage.com |
| **Sent:** | >Wednesday, March 29, 2017 3:13 PM |
| **To:** | 'ryan@ryankarben.com'; 'Blythe Yost'; 'Zoe Shi vely' |
| **Subject:** | $ Litman Lane Public hearing notice |
| **Attachments :** | PUBLIC HEARING NOTICE 4 LitmanLane.docx |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'ryan@ryankarben.com' | |
| | 'Blythe Yost' | |
| | 'Zoe Shively' | Read: 3/29/2017 3:13 PM |

Hello All:

I am not sure who is responsible for printing out the public hearing notice and mailing them out to the 500 foot radius list. Please bring me in all the white receipts from the post office after they are all mailed out certified.

Have a great day.

Noreen Shea
Deputy Clerk
Village Of Pomona NY
100 Ladentown Road
Pomona, NY 10970
(845 )354- 0545Phone
(845) 354-0604 Fax
noreen.shea@villageofpomona.com
 www.pomonavillage.com

# EXHIBIT D

# Noreen shea

**From:** NoreenShea<Noreen.Shea@pomonavillage.com>Monday,
**Sent:** March 27, 2017 11:46AM
**To:** Michael Weinstein wmisha79@hotmail.com)
**Subject:** Pomona Village Tax
**Attachments:** 39 North Ridge Pomona Village Tax.pdf

As per your request my Russian neighbor.

Nastrovia. I know I spelt that wrong. I had a Christmas party many years ago at the Russian Samovar In New York City and did shots of horseradish vodka. What a night with fabulous caviar.

Have a great day.

Noreen Shea
Deputy Clerk
Village Of Pomona NY
100 LadentownRoad
Pomona, NY 10970
(845)354-0545 Phone
(845) 354-0604 Fax
noreen.shea@villageofpomona.com
www.pomonavillage.com

RECEIVED

DEC 1 1 2017

Coumy of kockland
CommissionHuman**Rights**

VERIFICATION

STATE OFNEWYORK    )
                                    )SS
: COUNTY OF
ROCKLAND)

BRETT YAGEL, being duly sworn, deposes and says:

I am the duly elected Mayor of the Village of Pomona and have held that office during all of the relevant time periods herein.

I have read the foregoing Supplemental Answer and know the contents thereof. The same are true to my own knowledge except those matters alleged to  be on information and  belief, and as to those matters I believe them to be true. In addition to my personal knowledge, the basis of my knowledge and information and belief are discussions with Village staff and review of files in the office of the Village ofPomona.

Sworn to before me this

6th day of December, 2017.

BORIS F. ULMAN
Notary Public, State of New York
No. 3010575
Qualified in Rockland County
Commission Expires November 30, 19 2018

_Boris F. Ulman_

BRETT YAGEL, MAYOR

-8-

**Non-EMPLOYEE**

Regarding Louis Zummo affidavit, Louis is NOT an employee of the village pursuant to § 6-1Definitions.

**EMPLOYEE**

Any person holding a position by election, appointment or employment in the service of the Village of Pomona, whether compensated or not, **but shall not include an independent contractor**. The term "employee" shall include a former employee, his estate or judicially appointed personal representative. The benefits of this chapter shall inure only to "employees" as defined herein and shall not enlarge or diminish the rights of any other party and;

Although I am NOT an attorney, I wonder how Louis Zummo is represented by the town attorney that does NOT have approval by the Board of Trustees; pursuant to § 6-7 Representation by attorney?

**Rockland Country Mayor Home Improvement (continued)**

In reference to Louis Zummo Home Improvement of the Mayor's Home in Rockland County, whereby I heard directly from Louis Zummo that he did NOT hold a proper Home Improvement license and/or insurance to perform such work. It is my understanding, pursuant to the Rules and Regulations Relating to the Licensing of Home Improvement Contractors In Rockland County [Last amended 5 - 17 - 2016 by Res. No. 252 - 2016] that this Home Improvement (possible others) was NOT performed under such regulation.
http://rocklandgov.com/files/6814/7144/3810/HI_LocalLaw_2016.pdf

Possible Outcomes:

286 - 21. Penalties for offenses.

A. Any willful or negligent failure by any person to comply with the provisions of section 286 - 3 hereof shall constitute a class A misdemeanor, punishable by a fine not exceeding one thousand dollars ($1,000.) or imprisonment for a period not exceeding one (1) year, or by both such fine and imprisonment. The continuation of any offense shall constitute a separate and distinct misdemeanor hereunder for each day the offense is continued.

B. Any person who, with intent to defraud or deceive, knowingly makes a false statement in a home improvement contract, or in connection with the inducement to make a home improvement contract, or in securing a license, or in any proceeding with respect to the refusal, suspension, or revocation of a license, or in any response to any order, demand, or inquiry by the board or by the coordinator or his designee with respect to a license or with respect to any home improvement contract shall be guilty of a class A misdemeanor, punishable by a fine not exceeding one thousand dollars ($1,000.) or imprisonment for a period not exceeding one (1) year, or by both such fine and imprisonment.

C. Any willful or negligent failure by any person to comply with the other sections of this chapter shall constitute a violation and shall be punishable by a fine not exceeding two hundred fifty dollars ($250.) or imprisonment for a period not exceeding fifteen (15) days, or by both

such fine and imprisonment. The continuation of an offense shall constitute a separate and distinct violation hereunder for each day the offense is continued.

D. The coordinator, as designated herein, and his employees shall have the power to issue appearance tickets as the same are de fined in article 150 of the criminal procedure law.

E. In addition to any criminal penalties provided in the preceding subsections A, B, and C of this section 286 - 21 which may be imposed by a court of competent jurisdiction, an administrative notice of violation assessing a civil penalty not to exceed three thousand dollars ($3000.) for any willful or negligent failure by any person to comply with any provision of this chapter may be issued by the coordinator, as designated herein, and his designees and se nt by certified, registered, or ordinary mail to the person who has failed to comply. Each failure to comply with one or more separate and distinct provisions of this chapter shall constitute a separate and distinct failure to comply, for each of which th e coordinator or his designees may issue a separate and distinct administrative notice of violation assessing a civil penalty not to exceed three thousand dollars ($3000). The continuation of any failure to comply shall constitute a separate and distinct failure to comply for each day the failure is continued. Any person aggrieved by the assessment of any civil penalty by the coordinator or his designees may, within thirty (30) days after the mailing of the notice of violation appeal the assessment to the board. The coordinator may, with the consent of the county executive, commence a civil action in any court of competent jurisdiction to collect any civil penalty assessed pursuant to this subsection that remains unpaid for more than thirty (30) days afte r the mailing of the notice of violation or, if an appeal is taken to the board or if a further appeal is taken from the board to the legislature, more than thirty (30) days after the determination by the board or the appellate panel, as the case may be.

F. Nothing herein contained shall prevent the coordinator, as designated herein, his designees, the board, or other employee of the county designated by the board from proceeding to enforce the requirements of this chapter by any one or any combination, successively or simultaneously, of the following: criminal proceedings as provided in subsections A, B, C, and D of this section; civil penalty as provided in subsection E of this section; or civil action for injunctive, declaratory, monetary, or other relief.

G. The coordinator may refuse to issue a license or a renewal thereof to any person who has failed to pay any fine or civil penalty imposed pursuant to this chapter. Any person aggrieved by the refusal by the coordinator to issue or a license or a renew al thereof pursuant to this subsection may, within thirty (30) days after the mailing of the notice of such refusal, appeal the refusal to the board. The board may suspend or revoke the license of, or refuse to issue a license or a renewal thereof to, any person who has failed to pay any fine or civil penalty imposed pursuant to this chapter.

H. Impoundment. In addition to the criminal and civil penalties, the Rockland County department having enforcement powers may, in its discretion, impound the equipment used during the violation of §

286 - 3

as follows: [Added 9 - 16 - 2009 by L.L. No. 3 - 2009 ]

# EXHIBIT E

# What's Next for Pomona After Judge Finds Discrimination Against Religious Group

*By rctadmin on December 21, 2017 · Comments*



A tough loss for Mayor Brett Yagel and the majority of Pomona residents who supported his stance of zoning in the village

BY JOEL GROSSBARTH

For the past 10 years, the Village of Pomona has been the center of the legal world in connection with a religious land-use application submitted by a religious organization on the corners of Routes 306 and 202. Now that a federal judge has ruled that the village intentionally discriminated against Rabbinical College of Tartikov, Inc., questions are swirling as to what and when the next steps would be.

United State District Judge Kenneth Karas found Pomona intentionally violated the College's rights under federal and state laws, including the Religious Land Use and Institutionalized Persons Act (RLUIPA), The Fair Housing Act as well as provisions of the United States and New York State Constitutions. Tartikov seeks to build a college to train potential students to become rabbinical judges in religious courts. The college owns the 130-acre parcel where it not only seeks to build the learning facilities, but also dormitories and housing for the students and their families.

However, with the ruling, it is doubtful that anything will immediately happen. Judge Karras ordered the submissions of proposed judgments by the parties over the next 45 days. Thereafter, it is likely that several weeks or months will pass before Judge Karras executes a judgment. The immediate impact might be the payment by the village of attorneys' fees for the college. This figure is estimated to be over $4 million.

Also, after a judgment is signed, the village must accept and process the applications from the college for both special permits and site plan approvals. These applications will still be subject to public hearings and the Village will likely scrutinize every aspect of the application. The process may take many months or years. However, given the ruling after years of protracted litigation, the application will likely be approved.

The college will also likely be tax-exempt since it is a religious use. This may place a strain on the tax base in the village, forcing the village to seek revenues from other sources. Judge Karas' ruling will have a deleterious effect on other municipalities seeking to pass laws to enforce zoning requirements. This decision may open the floodgates to other claims of discrimination by religious organizations if a municipality tries to create or enforce laws that are alleged to infringe upon religious uses of land or property.

🏷 Kenneth Karas, Pomona, Rabbinical College of Tartikov, Tartikov

54

# EXHIBIT F

MEMO TO FILE
To the Village of Pomona Board of Trustees

February 7, 2017

It saddens me to have to sit down and send this memo, but I must protect myself from this toxic environment I have been working in for the past year.

I have complained to the Mayor Brett Yagel, Deputy Mayor Leon Harris, Village Trustee Nick Wilson, Village Attorney Doris Ulman, Building Inspector Louis Zummo, and not a thing has been done with my complaints and harassment.

I work in an unhealthy toxic environment with the Village Clerk Francis Arsa Artha. For a whole year now I have been repressed. She has not taught or trained me in any way to be her back up. I find her to be very controlling and secretive with all Village issues. When I ask how, or why on any issue she is always annoyed to answer any of my questions, or she is belittling, sarcastic, or super critical. Fran is trying to prove that I am incompetent for the job. I believe this is defamation of character.

I tried on numerous occasions to update the antiquated building software, but again I am informed, "You are not authorized". I tried working with the new building software people to start implementing the data, and was criticized. I started collecting all the building, zoning, and planning forms, and received sarcastic remarks.

I work very hard on gathering data on the residents, realtors, and contractors, phone numbers, L.L.C.'s, who rents, who owns, and e-mail addresses. I believe all this data is very valuable, especially when we get the new software but I am not authorized to enter e-mail addresses, I must hand them over to the clerk and only she can do this task. This goes on and on. It is an inefficient work environment and extremely frustrating for me, when I am trying to help, not only the office, but the residents and I am retarded from both. Last March at the board of trustee meeting Mayor Yagel re-appointed me, and Fran conveniently forgot to swear me in. In July I was cursed out by the village clerk, and she swore she was going to make sure I was not re-appointed. To this day I am still not appointed.

I did not want to burden the board with this office drama, but I feel my job and my reputation is at risk and I must document this hostile environment I currently work in.

# EXHIBIT G

**From:** Aharon Manes <mainst.optical@yahoo.com>
**Sent:** Thursday, December 21, 2017 9:15 PM
**To:** noreenshea@hotmail.com
**Subject:**

To whom it may concern,
I own many properties in Pomona, and have worked with Noreen Shea at village hall on many occasions.
I have nothing but good to say about Noreen.
She was always Courteous, friendly, kind, respectful and always eager to help all residents (an experience not enjoyed by Jewish residents while dealing with other village employees).
Noreen gave you the sense SHE WAS THERE TO HELP.(As strange and sad as this may seem to an outsider, other village officials are there to make your life difficult particularly if you are of Jewish faith)

Just to point out one example- while seeking foil request many Jewish residents (myself included) get a run around until its received (if ever received). Other village employees make it difficult to fill out forms, and it is almost guaranteed not to receive the documents you seek without undue procrastination.
I was not surprised to hear Noreen was let go because of her non-discriminatory behavior towards all residents, something that was not acceptable by the Village Mayor and Cohort's.

Noreen was a shining example of what a government employee should look like.

She is missed by all.

Avrohom Manes
8 East ct. Pomona NY
917-589-3737
Ps I am happy to share my experience's in greater detail if needed.

# EXHIBIT H

December 18, 2017

To Whom it May Concern:

re: Noreen Shea

I currently hold an elected position of Trustee in the Village of Pomona, and have know Noreen Shea for approximately 2 years as she was employed until recently as the Deputy Clerk in the office of the same Village. I have served in my position of Trustee continuously for over 20 years.

Noreen was a helpful, diligent and bright employee who took charge of whatever needed to be done, and carried out her duties in a professional, expeditious manner. She went out of her way to be helpful in assisting my requests, and all reports on her job I received from numerous Village residents were complimentary. Many residents, in fact, were shocked when they learned she had been terminated and replaced.

For example, at my property, there was an ongoing trash and litter problem in the whole neighborhood originating from an improperly covered trash dumpster container on my neighbor's lot. Despite the fact that I had reported it many times in Board of Trustee meetings, nothing was done for months, and litter covered many properties, was scattered in the woods, etc. When I mentioned it to Noreen one day in the office, she took charge, contacted the dumpster's owner, and stuck with it until everything was cleaned up. The Village desperately needs personnel who can get a job completed, so, we regret Noreen is no longer in the office.

Although I do not personally work in the office, the Board of Trustees was made aware of office issues needing attention by Noreen's memo to the Board of Trustees dated February 7, 2017. In this memo, Noreen reported numerous road blocks, criticism, harassment by other staff members, poor supervision and direction as impediments to her job performance.

-continued-

These issues were similar to other problems in the Village office environment stemming from a lack of direction, a lack of scopes of work, a lack of training of employees, a lack of a personnel policy and a lack of effective supervision of employees by the Mayor, who is solely responsible for directing and supervising the staff. In addition, Noreen's memo to the Board was ignored by the Mayor and Clerk who never made it an agenda item or brought it up for discussion by the Board. Similar problems were the subject of an investigation by the NYS Department of Labor (PESH) in 2014, CSHO ID Z5016.

Unfortunately, Noreen was yet another victim in the purges by the Mayor of personnel in the Village office who are doing an honest job. There have been several previous purges and resignations caused by Mayor Yagel's behavior, where capable workers have been fired or forced to resign.

Yours truly,

Ian Banks

encl.

Sworn to before me on this day December 19, 2017.

ALISON K. MILLER
Notary Public, State of New York
No. 01MI5087085
Qualified in Rockland County
Commission Expires October 27, 2021

# EXHIBIT I

**From:** george pecovic <gpecovic@optonline.net>
**Sent:** Tuesday, December 19, 2017 11:25 AM
**To:** noreen shea
**Subject:** RE: Family and Professional Interactions

Hi Noreen,

I'm sorry to hear that you are no longer working at the Pomona Village Hall. It is absolutely true that our families are very close and that we have practically raised each others children over the past 15 years and it is also absolutely true that our April 18th email correspondence could be taken out of context from outsiders looking in, who do not understand our close family relationship.

Now in terms of my dealings with you and the Pomona Village Hall while you were employed there, I can say that all of our interactions were professional in nature. You were cordial, helpful, and professional in addressing all of my needs during the permitting, construction, and close out on the addition to my home. You also addressed all of my issues in a timely manner. Additionally, you were very helpful and instrumental in addressing the concerns that our neighbors and we had with the house on Camp Hill Road which continuously left garbage out and stored abandoned cars in their driveway.

I hope this helps.

Merry Christmas and Happy & Healthy 2018 to you and the family!

George


On Mon, Dec 18, 2017 at 11:19 AM, noreen shea wrote:

> Dear George,
>
> I hope all is well with you and your family.  As you may know, I am no longer working for The Village of Pomona.  With that said, it was brought to my attention that a past email (April 18, 2017) to you, from me, while working at The Village of Pomona, was seen through a narrow lens as unprofessional.  Unfortunately, that lens did not account for our families being as close as one family.
>
> It would be very helpful if you would please write and return to me a communication by  Wednesday, regarding our interaction (permits, scheduling of inspections,  complaints I addressed for you with your neighbor about their garbage and abandoned cars with no plates, that was cleaned up etc.) with you while working for The Village of Pomona and our family connection.  This would allow me to properly communicate our close family relationship and more specifically my overall professional interaction with you.
>
> I am truly sorry to ask this of you during the holidays.
>
> I thank you in advance and Merry Christmas to you, Maria and the kids.
>
> Best Regards,
> Noreen Shea
> 914-671-4748

# EXHIBIT J

December 21, 2017


To Whom It May Concern:

I am an active real estate broker in Pomona NY with an office right down the road from the village hall. Over the years I have dealt with many municipalities in regards to real estate transactions.

When Noreen was hired, she was great on the phone, was very helpful when needing information from files, and was always proactive when it came to situations that were urgent.

When I needed information, I would call the village and let her know what I needed, and she would have it ready for me. Now that she is no longer at the village, it is difficult to work with the village because the staff is not efficient.

Noreen was very qualified for the job- she understood urgency, and got things done in a timely manner. Especially when it came to CO's (certificates of occupancy)- these are time sensitive and she always did things right away.

The Village of Pomona made a mistake by terminating Noreen. She was very organized, was extremely helpful to the real estate agents, and was a pleasant face to see when visiting the village hall.

When I was told that Noreen Shea was fired, I was shocked. She was the best employee at the village. If I needed an answer, I would ask for Noreen. She never pretended not to understand what was needed, and never told me that she has too many things to do, so she can't get to it.

The atmosphere at the village hall is at best described as paranoid. When one walks in and asks for something, one needs to be so specific because you get the feeling that you are being watched and every word is being recorded. I once FOILED documents relating to the lawsuits going on in the village and was told what I wanted did not exist. Basically, I had to change my words to specify which documents, and then suddenly they had them.

Noreen was everyone's friend. She is missed.

Unfortunately Pomona has so many lawsuits it's involved in due to their missteps and poor guidance. Noreen Shea's case is just another one.


Naomi Streicher
Licensed Real Estate Broker/Owner
Realty Teams

# EXHIBIT K


**FUERST & FUERST**
INC

December 20, 2017

To whom it may concern:

I am a licensed real estate broker in New York State since 1995 and New Jersey since 1986. For the last 20+ years, I have primarily focused on the residential market in Rockland County, New York, with a special focus on the Town of Ramapo and its smaller villages. In my capacity as a realtor, I have personally participated in numerous transactions in the area, representing both buyers and sellers.

To properly represent our clients, we require, on a regular basis, a close interaction with the offices of all the municipalities. Having the proper people on municipal staffs to set up timely inspections, getting copies of surveys, arranging for meetings with the building inspectors, obtaining municipal information as needed, etc., is very important.

Having personally interacted with Noreen Shea at the Village of Pomona, I firmly state that she was one of the most pleasant and efficient people to deal with. She was always ready to assist, and made sure to attend to all matters timely. She was a great asset to the Villages constituents who relied on her to properly do her job, which enabled residents to sell their homes, and to newcomers who wanted to move into Pomona.

I am available to discuss this matter further.

Sincerely,

Solomon A. Fuerst

Licensed Real Estate Broker

Matthew Fuerst

Licensed Real Estate Salesperson

8 Pleasant Ridge Road                          845-354-2554
New Hempstead, NY 10977                www.FuerstandFuerst.com

# EXHIBIT L

**From:** Ian Nagel <inagel@ybhpassaic.org>
**Sent:** Friday, December 22, 2017 3:41 PM
**To:** noreenshea@hotmail.com
**Subject:** Noreen


>
> To Whom It May Concern:
>
> Dealing with Noreen has only been a pleasure. When I first moved to the village she was very helpful when it came to providing me with the paperwork and other items I needed. Her demeanor was warm, courteous, and professional. I am disappointed to hear that she is not working for the village anymore and hope this is only a temporary decision.
>
> Best,
> I.M. Nagel


**From:** pilotdaidy <pilotdaidy@yahoo.com>
**Sent:** Thursday, December 21, 2017 6:03 PM
**To:** noreenshea@hotmail.com
**Subject:**

To whom it may concern,
I personally met and spoke to Noureen shea at Pomona village hall, at the time i had a few questions regarding garbage pickup and the survey of my house. She was happy to help me and was very professional. As a village resident and what I've heard from other village residents, we miss her and her smile!

Sincerely

David Ortner
308 Quaker rd.
Pomona N.Y.
Cell # 347 799 6154


**From:** lloyd ecker <lloydecker@gmail.com>
**Sent:** Wednesday, December 20, 2017 9:34 AM
**To:** noreen shea
**Subject:** Noreen Recommendation

To whom it may concern:

Whenever I had any dealings with Noreen Shea when she was working in the Village of Pomona office she was courteous, pleasant, efficient and most important always got whatever I asked for accomplished without delay.

If you have any other questions please feel free to call me any time.

Lloyd Ecker

--
Lloyd Ecker
15 Woodfield Road
Pomona, NY 10970
845 362-3174

**From:** Chaim Neiman <chaim@precisiontemplateinc.com>
**Sent:** Saturday, December 23, 2017 10:10 PM
**To:** noreenshea@hotmail.com
**Subject:** Sorry that lost your job

To whom it may concern,

My experience in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but positive. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents equally. We were very sad to hear that she left. She is missed by all.

Chaim Neiman
71 Halley Dr
Pomona NY 10970
845-445-5371

---

**From:** Ruben Rubel <rubenrubel@gmail.com>
**Sent:** Saturday, December 23, 2017 8:42 PM
**To:** noreenshea@hotmail.com
**Subject:**

To whom it may concern,

My experience in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but positive. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents equally. We were very sad to hear that she left. She is missed by all.

Ruben Rubel
19 Ormian Dr
347-865-7742

---

**From:** Shaya Eisen <shayaeisen1@icloud.com>
**Sent:** Tuesday, December 26, 2017 11:00 AM
**To:** noreenshea@hotmail.com
**Subject:** Noreen Shea

To whom it may concern,

My experience in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but positive. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents equally. We were very sad to hear that she left. She is missed by all.

Shaya Eisen
78 Overlook Road
Pomona NY 10970
646.209.9930

---

**From:** moshe D <m.danzinger@gmail.com>
**Sent:** Tuesday, December 26, 2017 11:08 AM
**To:** noreenshea@hotmail.com
**Subject:** concern

To whom it may concern,

My experience in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but positive. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents equally. We were very sad to hear that she left. She is missed by all.

Moshe Danzinger
16 N Ridge RD
Pomona NY 10970
347-410-1839

---

**From:** Isaac Rosen <rosen.isaac1@gmail.com>
**Sent:** Tuesday, December 26, 2017 11:45 AM
**To:** noreenshea@hotmail.com
**Subject:** Support for Noreen

To Whom this may concern,

Although I personally never dealt with Noreen, I've heard from multiple neighbors of mine that she has been very fair, courteous and helpful to them, no matter what race, religion or ethnic background they were from. I also recently heard that Noreen has left the Village and was saddened by that. I'm sending this email to show support and hope that Noreen will be back.

Thanks,
Isaac Rosen
75 Halley Drive. Pomona, NY
845-659-6078

**From:** Zalmy Pinson <zpinson@gmail.com>
**Sent:** Tuesday, December 26, 2017 11:48 AM
**To:** noreenshea@hotmail.com
**Subject:**

To whom it may concern,

My experience in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but positive. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents equally. We were very sad to hear that she left. She is missed by all.

Shneur Pinson
11 S Ridge Rd
Pomona NY 10970
718-916-7947
--
Shneur (Zalmy) Pinson
Lic RE Salesperson
845-535-1525
zpinson@kw.com
zpinson.com

Keller Williams Valley Realty
123 Tice Blvd, Woodcliff Lake, NJ 07677
201-291-2500

---

**From:** shuli gluck <shuligluck@gmail.com>
**Sent:** Tuesday, December 26, 2017 12:13 PM
**To:** noreenshea@hotmail.com
**Subject:** is Noreen Shea leaving Village Hall?

To who this may concern,
I was informed that Noreen Shea will be leaving the Village Hall of Pomona.
I would like to say that she was always very helpful and you felt like someone was there to assist and listen to the residence of Pomona. It is a real shame that she is leaving and she will be missed.

Thank You

Shalom and Pearl Gluck
845-893-7256
282 Quaker Road
Pomona N.Y 10970

---

**From:** Yoseph Feldman <yosephfeldman@gmail.com>
**Sent:** Tuesday, December 26, 2017 12:43 PM
**To:** noreenshea@hotmail.com
**Subject:** Noreen Shea: Pomona village hall

To whom it may concern,
My experience in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but outstanding!
Her professionalism in the work environment is 2nd to none. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents. I am very sad to hear that she left. She is missed by all.
Joseph Feldman
1 Opal Ct, Pomona NY, 10970
(347)-907-1803

---

**From:** Efraim Fuz <efuzailov@yahoo.com>
**Sent:** Tuesday, December 26, 2017 1:54 PM
**To:** noreenshea@hotmail.com
**Subject:**

To whom it may concern,

My experience in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but positive. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents equally. We werey very sad to hear that she left. She is missed by all.

Thank you
Efraim Fuzailov
6 opal ct Pomona by 10970
7186794585

Chana Rubel <chanarrubel@gmail.com>
Today, 4:49 PM

To whom it may concern,

My experience in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but positive. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents equally. We were very sad to hear that she left. She is missed by all.

Chana Rubel
19 Ormian Drive
Pomona NY 10970
917-334-0171

---

TRUDY WIEDERMAN <taw4467@verizon.net>
Today, 4:16 PM

To whom it may concern,
My experience in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but positive. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents equally. We were very sad to hear that she left. She is missed by all.

Trudy Marmulszteyn
11 Woodfield Rd, Pomona, NY
917-848-8951

---

b m <gl1500@verizon.net>
Today, 4:16 PM

To whom it may concern,
My experience in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but positive. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents equally. We were very sad to hear that she left. She is missed by all.

Avrohom Marmulszteyn
11 Woodfield Rd, Pomona, NY
917-974-9437

---

Robert Klein <forshayappraisals@gmail.com>
Today, 3:36 PM
Robert Klein
63 Halley Dr.
Pomona NY 10977                                    12/26/17

To Whom It May Concern:,

I Robert Klein am a resident of Pomona NY.

I recently, was elected as Trustee to the Village board.
Being that I am doing construction on my house I am writing this letter on both a personal and professional level that I found Noreen to be a good Deputy Clerk.  She acted in a professional manor, always helped when help was needed (filling forms, foil requests, scheduling etc.), respectful and treated all residents fairly.

To the best of my knowledge there was no meeting with the board regarding the termination of Ms. Shea.

I truly do not know why she is no longer with us.

My heart goes out to people that lose there job for doing their job.

If you have any further questions feel free to call me (845) 825-1169

Robert Klein

Concerned resident
yossi wolfson <yw2412@gmail.com>
Yesterday, 10:13 PMYou

To whom this may concern,
My experience in dealing with Noreen Shea at the Village clerk's office in Pomona, has been nothing but positive. She was always nice, friendly and very helpful. And even went out of her way to make sure that everything I needed was done promptly and effectively . I was very shocked to hear that she left, and why.

Y. Wolfson
10 Klingher ct. Pomona,
845-356-1055

---

Wed 12/20, 1:21 PM
rodmerkley@optonline.net
December 20th, 2017

To Whom It May Concern:

Noreen Shea was the deputy clerk of the Village of Pomona when I went into Village Hall and foiled Meeting Minutes in 2016.
She was professional, courteous and efficient.

Should you need any further information, please do not hesitate to contact me at Telephone

Rod Merkley

---

Message from a Pomona resident
Yonina Berman <etanandyonina@gmail.com>
Today, 10:33 AM

To whom it may concern,

Noreen Shea at Village Hall in Pomona, had been a true asset to the village. We really got the sense that she was there to be helpful to all residents equally. I am very upset to hear that she was let go.

Yonina Berman
13 Sherwood Ridge Road 10901
212 543-9344

---

Barry Schreiber <barrybschreiber@gmail.com>
Today, 10:31 AM
To whom it may concern,

My experience in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but positive. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents equally. We were very sad to hear that she left. She is missed by all.

Barry & Ora Schreiber
5 Beaver Dam Road
Pomona, NY 10970
845-406-3734

---

Eli Mermelstein <elimermelstein@gmail.com>
Today, 10:09 AM
To Whom it may concern,

I am writing this letter to express the sense of loss I am feeling that Noreen Shea is no longer at the Pomona Village Hall. Being a resident for nearly 14 years I have had numerous occasions to visit the Village Hall. Every time that I came in whether it was for permit, recycling bins, reflectors etc; I was always greeted in a friendly manner. She was dedicated to her job and always helpful. She constantly asked me about my family and how I was enjoying the neighborhood. Noreen always encouraged me to attend the different village functions going on. I always found her to be caring, thoughtful and professional.

I hope that you can find someone half as qualified as her to replace if somehow you can't get her to come back.

Sincerely,

Eli Mermelstein
34 Tara Drive Pomona NY 10970
845-362-3535

Etan Moshe Berman <etanmoshe@gmail.com>
Today, 10:01 AM

To whom it may concern,
My experience, and that of others I know, in dealing with Noreen Shea at Village Hall in Pomona, has been nothing but positive. She was always courteous , friendly and helpful. We truly got the sense that she was there to be helpful to all residents equally. I am upset to hear that she was let go.

Etan Moshe Berman

Rebbi, Irving I. Stone Beit Midrash Program, Yeshiva University
Glueck 608 | (646)592-4468 | eberman@yu.edu

Rabbi, Kehillas Zichron Dovid of Pomona
www.pomonashul.com | Rabbi@pomonashul.com

# EXHIBIT M

September 1, 2017

The Honorable Andrew M. Cuomo
Governor of New York State
NYS State Capitol Building
Albany, NY 12224

Dear Governor Cuomo,

I am reaching out to you because I can no longer stand by and watch the Mayor Of Pomona Village New York break laws, abuse employees and residents and waste tax payer dollars all for his own prejudice. What is going on in Pomona is horrific. I began working there in February of 2016 as the Assistant Deputy Clerk. Over the past year and four months I have experienced the most horrific working environment of my life. The Mayor of Pomona has an extreme prejudice against any resident of Jewish faith, and will go as far as breaking laws, and asking employees to break laws, in order to prevent the residents from doing anything in the area. His exact words used are "US" and "Them". He has countless lawsuits against the Village and himself because of his Anti-Semitic prejudice. The Village has no "Code of Ethics", nor does it have a Code Enforcement officer because of the Mayor. As you can see in my re-cap of the day I was terminated he seems to believe he can do anything because "He is the Mayor". I filed with the EEOC because the constant abuse that I had to endure for doing my job was overwhelming. This man is not only breaking laws and abusing the office of Mayor, he is making the residents pay with their own tax dollars. We don't need to have these lawsuits, he wants them. As Mayor, his oath is to serve the community, not only those people he likes. Standing by and watching this happen was over whelming and being called a "Jew Lover" for doing my job was infuriating. Your office needs to step in and address this issue immediately. I was terminated on June 23 for no reason at all. During that meeting I was told I would receive a severance for the month of July and that there would be no issue when filing for unemployment. Since then I did not receive my full severance, and unemployment was told I resigned and has declined my filing. Fortunately, for me the Mayor records everything that is said and done in the office, so a copy of my termination should be available from that day. I have kept records of all the abusive actions of this Mayor and with all the video footage and voice recordings that are on file there is enough to prove my case. I cannot say if he has tried to delete anything at this point, but I wouldn't put it past him. He denies FOIL requests regarding legal spend, as he does not want the public knowing what is really going on and the reason for the enormous rise in taxes. He is out of control and needs to be taken care of.

I look forward to hearing from you in the near future and understanding how you will address such an horrific issue. We don't want another Christopher St. Lawrence federal raid on our hands again.

Sincerely

Noreen Shea
914-671-4768
203 Summit Ave
Tappan, NY 10983

# EXHIBIT N

**DORIS F. ULMAN**
ATTORNEY AT LAW
134 CAMP HILL ROAD
POMONA, N. Y. 10970

(845) 354-6436

FAX (845) 354-3861

August 28, 2017

Ms. Noreen Shea
203 Summit Avenue
Tappan, New York 10983

Dear Noreen:

Your request for an additional three weeks' salary cannot legally be granted. You have already been paid for the entire month of June and three weeks in July.

Your last day of work as a holdover Deputy Clerk was June 23, 2017. You were only entitled to salary through June 23. Although, pursuant to the Pomona Personnel Policy, vacation does not accrue until your anniversary date, you were paid for two weeks' vacation. In addition, since you were not given two weeks' notice prior to your last day of work, you were paid for two additional weeks. Thus, you received four weeks' salary for time that you did not work. These are the only amounts that the Village is legally able to pay.

I am sorry that there was a misunderstanding.

Very truly yours,

*Doris*

Doris F. Ulman
Village Attorney
Village of Pomona

cc: Mayor and Board of Trustees
Fran Arsa Artha

69

# EXHIBIT O

To whom it may concern,

My name is Yosef Lowenbein I own 22 High Mountain Road in Pomona. I moved to Pomona in the summer of 2017. Prior to moving to Pomona I had reached out to the building inspector Mr. Zummo and discussed converting my garage into bedrooms for my children since both children have vocal cord paralysis and have 24-hour nurses that take care of them. Mr. Zummo stated this would not be a problem at all, after moving to Pomona I was told by my neighbors that there is a woman at the village hall who is very nice and gets everything done without delay and her Name is Noreen. I visited village hall and met Noreen she was extremely knowledgeable and helpful and explained to me the entire processes.

I ended up meeting with Mr. Zummo who stated that I would have my permit in one week, then after ignoring me for a few weeks, he surprisingly stated that I would need to go in front of the zoning board. My architect called Mr, Zummo and discussed the entire zoning board application which we filled out entirely in fact when I gave it to Mr. Zummo he stated that he never saw an application filled out so well. I then met Mr. Zummo to follow up and find out when I am going in front of the zoning board at which point he stated that I filled out the wrong application and was instead to go in front of the planning board. I filled out the planning board application and when I came to the village hall to get the planning board date I was told that they had no record of my planning board application despite the fact that the village hall has video evidence of me bringing in my application and Mr. Zummo telling me to leave it on the counter. I resubmitted the application and was told that I needed different architectural plans despite the fact that Mr. Zummo already told me that my architectural plans were perfect. My architect has told me that it would be a waste of money to do new plans since the Village is just giving me the runaround. He informed me that I will just lose more money investing in this project since the village is intentialy stonewalling me.

Regretfully, I must state that the story above is only just one example of the many instances where I was a victim of religious discrimination I can write more than twenty pages of the exact details of the blatant discrimination the village has perpetrated against me in these very few short months since I moved.

I must state that one day when I was in the village hall a lady who works for the village by the name of Fran invited me to bring my family to the village festival she told me that she and Noreen would be delighted to see us at village-fair. I thanked Fran for the invite and then proceeded to compliment Noreen at which point Fran responded that Noreen was so devoted to the village and that she was one of the best employees the village of Pomona had. To my surprise Noreen did not attend the event, when I asked Mr. Zummo where Noreen was he responded by stating that every person in Pomona was looking for Noreen at which point I said it must be because of Noreen's devotion to the Village and all the residents of Pomona Mr. Zummo agreed and replied that he had never seen such a devoted public servant in his life.

I was completely shocked when I heard that Noreen was fired I immediately called one of the village trustees who told me I should not believe everything I hear since he strongly doubts that Noreen was fired since she just received a raise from the Mayor and that the Mayor specifically stated that Noreen was one of the best employes the village ever had and that Noreen was literally running the entire village by herself. Despite everyone's disbelief, it turned out to be true that Noreen was fired. I was further shocked when I confronted Mr Zummo and Fran themselves and asked them why Noreen was fired at first Mr. Zummo said he was not authorized to discuss it but then when he made a derogatory remark about Noreen I became confused so I reminded him that he himself had told me that he had never seen such a devoted public servant to which Mr. Zummo responded that I would need to discuss his characterization of Noreen with the mayor since he did not want to get in trouble. Surprisingly Fran also made a derogatory remark and when I confronted her about the fact that she also stated that

Noreen was one of the best employees Fran's face turned beet red and she stated that she could not discuss since her job was on the line.

I was very confused about the fact that the colleagues of Noreen had all of a sudden turned on her despite the fact that they were just singing her praises just a few weeks earlier. However, It all became clear to me when one of my friends played a recording for me of a conversation he had with Mr Zummo in which I was able to hear Mr. Zummo admit to my friend that most of what he does he would not do but that the Mayor sends him and other village employees multiple text messages threatening to fire them if they do not comply with exactly what the Mayor orders. Everything became clear to me when I heard the recording of Mr. Zummo reading these demeaning and threating text messages he receives regularly from the mayor.

I have only heard praise about Noreen from both Jewish and non-Jewish residents. In my opinion, there is no question that Noreen was one of the best employes I have ever seen work in government and there is also no question that village employees are ordered to discriminate against the Jewish people or else be fired. I find it extremely frightening and most disturbing that innocent village employees are forced to carry out religious discrimination and even take part in character assassination of their own colleagues and they must do this all under the constant threat of losing their job. We are in the United States of America we are not in a communist country and in this great country, no one has the right to order character assassination and religious discrimination.

Should you have any questions concerning the above feel free to call me my contact information is below.

Yosef Lowenbein
22 High Mountain Road
Pomona N.Y. 10970
Tel (845)-354-1938

# EXHIBIT P

**VILLAGE OF POMONA**

100 Ladentown Road
Pomona, New York 10970
TEL: (845) 354-0545
FAX: (845) 354-0604
www.pomonavillage.com

August 14, 2017

Noreen Shea
203 Summit Avenue
Tappan, NY 10983

Dear Noreen:

In response to your request for a breakout, your last day was June 23, 2017. You were paid for the entire month of June and three weeks in July. The last week of June and first week of July were your two weeks' notice; the second and third weeks in July were your vacation time. Although the two weeks' vacation pay does not accrue until your anniversary date of February 1, 2018, the Mayor authorized that it be paid to you.

With respect to retirement contributions I have enclosed a portion of a publication from the NYS Retirement System. There is contact information, website and phone numbers, on one page; and other information referencing how to end your membership and the options you have on the other pages. If you would like to print the full publication you can do it from their website.

Very truly yours,

*Frances Arsa Artha*

Frances Arsa Artha