# Exhibit 6

**VILLAGE OF POMONA**
100 Ladentown Road
Pomona, NY 10970



Tel: 845-354-0545
Fax: 845-354-0604
e-mail: info@pomonavillage.com
www.pomonavillage.com

### APPLICATION FOR PUBLIC ACCESS TO VILLAGE RECORDS

To: Records Access Officer/Village Clerk
THE OFFICE OF THE VILLAGE CLERK WILL RESPOND TO REQUESTS FOR VILLAGE RECORDS WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF APPLICATION.

I hereby apply to inspect/receive copies of the following record(s):
25.6-1-11
All info. on lot
25.6-1-~~10~~ 12
(25.06)

A. Manes — Tal Properties              29 High Mtn
**Applicant (Please Print)**            **Address**

A?                                      1-4-17
**Signature**                            **Date**

_____         _____
**Representing**                         **Phone Number**

### FOR VILLAGE USE ONLY

☒ APPROVED   (There is a fee of 25 cents/copied page allowed by law)   Fee: 0
☒ DENIED (For the reason(s) checked below
___ Confidential Disclosure
___ Part of Investigatory Files
___ Unwarranted Invasion of Personal Privacy
___ Record Not Located
___ Record Not Maintained by this Agency
___ Exempted by Statute other than the Freedom of Information Act
___ Other Reason Specified under §87       No File

Noreen She              1-9-17
**Signature/Village Clerk**    **Date**

NOTICE: YOU HAVE THE RIGHT TO APPEAL WITHIN 30 DAYS OF THE DENIAL OF THIS APPLICATION TO THE MAYOR OF THE VILLAGE OF POMONA. UPON RECEIPT OF THE APPEAL THE MAYOR HAS 10 BUSINESS DAYS TO MAKE A DETERMINATION. FAILURE TO RESPOND WITHIN 10 BUSINESS DAYS IS CONSIDERED TO BE A DENIAL OF THE APPEAL.

RECEIVED
JAN 04 2017
Village of Pomona