**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TAL PROPERTIES OF POMONA, LLC and AVROHOM MANES,<br><br>*Plaintiffs,*<br><br>-against-<br><br>VILLAGE OF POMONA, BRETT YAGEL, individually and in his official capacity as Mayor of the Village of Pomona, and DORIS ULMAN, individually and in her official capacity as Attorney for the Village of Pomona,<br><br>*Defendants.* | **Case No. 17-cv-02928 (CS)**<br><br>**NOTICE OF APPEAL** |

**PLEASE TAKE NOTICE** that Plaintiffs TAL Properties of Pomona, LLC and Avrohom Manes hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's order (Hon. Cathy Seibel), dated July 22, 2019 (Dkt. No. 53), attached as Exhibit A, and each and every part thereof.

Dated: New York, New York
July 23, 2019

                                          **SCHLAM STONE & DOLAN LLP**

                                          By: /s/ Bradley J. Nash
                                                  Bradley J. Nash
                                                    26 Broadway
                                                    New York, New York 10004
                                                    Tel.: (212) 344-5400
                                                    Fax: (212) 344-7677
                                                    E-Mail: bnash@schlamstone.com

                                          *Attorney for Plaintiffs*