# MANDATE

7:17-cv-02928-CS

## UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of December, two thousand and nineteen,

TAL Properties of Pomona, LLC, Avrohom Manes,

  Plaintiffs - Appellants,

**ORDER**
Docket No: 19-2247

v.

Village of Pomona, Brett Yagel, Individually, Mayor of the Village of Pomona, Doris F. Ulman, Individually, in her official capacity as attorney for the Village of Pomona,

  Defendants - Appellees,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 15, 2020

Ian Banks, Ian Banks as Trustee of the Village of Pomona, Alma Sanders Roman, as Trustee of the Village of Pomona, Nicholas Wilson, as Trustee of the Village of Pomona, Louis Zummo, as Building Inspector of the Village of Pomona, P. Joseph Corless, Leon Harris, Individually, as Deputy Mayor of the Village of Pomona,

  Defendants.

Counsel for Appellant Avrohom Manes and TAL Properties of Pomona, LLC, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 19, 2020 as the brief filing date.

**MANDATE ISSUED ON 06/15/2020**

It is HEREBY ORDERED that Appellant's brief must be filed on or before March 19, 2020.  The appeal is dismissed effective March 19, 2020 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit